MICHAEL I. SPIEGEL – CBN 32651
CHARLES M. KAGAY – CBN 73377
WAYNE M. LIAO – CBN 66591
SPIEGEL LIAO & KAGAY
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959
Fax: (415) 962-1431

Attorneys for Plaintiff,
LOUISIANA WHOLESALE DRUG COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No.: CV 07 6118 JCS<br><br>PLAINTIFF LOUISIANA WHOLESALE DRUG COMPANY, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated December 3, 2007

By its attorneys,

Charles M. Kagay
SPIEGEL, LIAO & KAGAY
388 Market Street, Suite 900
San Francisco, CA 94111
Tel: (415) 956-5959
Fax: (415) 362-1431

Attorneys for Plaintiff

1