Charles M. Kagay – SBN 73377
SPIEGEL LIAO & KAGAY, LLP
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959

Attorneys for Plaintiff Louisiana
Wholesale Drug Co., Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Louisiana Wholesale Drug Company, Inc., | Case No. C 07-6118 JCS |
|---|---|
| Plaintiff, | Waiver of Service of Summons by Defendant Abbott Laboratories |
| v. | |
| Abbott Laboratories | (FRCP 4(d)) |
| Defendant. | |

Attached hereto as Exhibit A is the Waiver of Service of Summons executed by counsel for defendant Abbott Laboratories on December 6, 2007.

Dated: December 7, 2007

Respectfully submitted,

SPIEGEL LIAO & KAGAY, LLP

/s/ Charles M. Kagay

Charles M. Kagay
Attorneys for Plaintiff

1

Waiver of Service of Summons – C 04-1511 CW
SPIEGEL LIAO & KAGAY, LLP 388 MARKET STREET, SUITE 900 SAN FRANCISCO, CA 94111