PROOF OF SERVICE

RE: LOUISIANA WHOLESALE DRUG CO. V. ABBOTT LABORATORIES
US District Court # C 07-6118 JCS

I declare that:

I am a citizen of the United States, over the age of eighteen years and not a party to the within cause; my business address is 388 Market Street, Suite 900, San Francisco, California, 94111. On December 11, 2007 I served true attached copies of:

Administrative Motion to Consider Whether Cases Should Be Related
(Proposed) Order Granting Administrative Motion to Consider Whether Cases Should Be Related
Declaration of Charles Kagay in Support of Administrative Motion to Consider Whether Cases Should Be Related
Waiver of Service of Summons by Defendant Abbott Laboratories
Civil Cover Sheet
Order Setting Initial Case Management Conference and ADR Deadlines
Notice of Availability of Magistrate Judge to Exercise Jurisdiction
Case Management Conference Order
Standing Order (Joseph C. Spero, United States Magistrate Judge)
Standing Order for All Judges of the Northern District of California
Welcome to the U.S. District Court, San Francisco
ECF Registration Information Handout

on the interested parties in said action, by placing copy thereof in sealed envelope(s) addressed as follows:

Mr. Samuel S. Park
Winston & Strawn LLP
35 West Wacker Dr.
Chicago, IL 60601

and served the named document(s) in the manner indicated below:

[X] **BY MAIL**: I caused true and correct copies of the above document(s), by following ordinary business practices, to be placed and sealed in envelope addressed to the addresses(s) and for collection and mailing with the United States Postal Service in the ordinary course of business, correspondence placed for collection on a particular day, which is deposited with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on December 11, 2007 at San Francisco, California.

_____
Charles Rockroad