PROOF OF SERVICE

RE: LOUISIANA WHOLESALE DRUG CO. V. ABBOTT LABORATORIES
US District Court # C 07-6118 JCS

I declare that:

I am a citizen of the United States, over the age of eighteen years and not a party to the within cause; my business address is 388 Market Street, Suite 900, San Francisco, California, 94111. On December 11, 2007 I served true attached copies of:

**Plaintiff Louisiana Wholesale Drug Company, Inc.'s Certification of Interested Entities or Persons**

on the interested parties in said action, by placing copy thereof in sealed envelope(s) addressed as follows:

**Mr. Samuel S. Park**
**Winston & Strawn LLP**
**35 West Wacker Dr.**
**Chicago, IL 60601**

and served the named document(s) in the manner indicated below:

[X] **BY MAIL**: I caused true and correct copies of the above document(s), by following ordinary business practices, to be placed and sealed in envelope addressed to the addresses(s) and for collection and mailing with the United States Postal Service in the ordinary course of business, correspondence placed for collection on a particular day, which is deposited with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on December 11, 2007 at San Francisco, California.

_____
Charles Rockroad