Case 4:07-cv-06118-CW   Document 9   Filed 12/10/2007   Page 1 of 1

Clerk's Use Only
Initial for fee pd.:

Fee pd

Bruce Gerstein, NYB #2726
GARWIN GERSTEIN & FISHER LLP
1401 Broadway, Suite 1416
New York, New York 10036
212-398-0055



FILED
DEC 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LOUISIANA WHOLESALE DRUG COMPANY, INC. on behalf of it and all others similarly situated,

    Plaintiff(s),

v.

ABBOTT LABORATORIES,

    Defendant(s).

CASE NO. CV-07-6118

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Bruce E. Gerstein is _____, an active member in good standing of the bar of New York and the Southern District of New ____, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiff Louisiana Wholesale Drug in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Charles M. Kagay, 388 Market Street, Suite 900
San Francisco, California, 94111   Phone: 415-956-5959

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/07/07

_____
Bruce E. Gerstein, NYB #2726