| Clerk's Use Only |
|---|
| Initial for fee pd.: |

John Gregory Odom
Suite 2020, Poydras Center
New Orleans, LA 70130
Telephone (504)522-0077
jodom@odrlaw.com



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOUISIANA WHOLESALE DRUG
COMPANY, INC.,

          Plaintiff(s),

v.

ABBOTT LABORATORIES,

          Defendant(s).

CASE NO. CV-07-6118 CW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, John Gregory Odom, an active member in good standing of the bar of Supreme Court of Louisiana, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Louisiana Wholesale Drug Co. Inc in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Charles M. Kagay, Spiegel Liao & Kagay, 388 Market Street, Suite 900 San Francisco, California 94111 (415)956-5959

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/6/07