| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Andrew E. Aubertine, OSB #83013
AUBERTINE DRAPER ROSE LLP
1211 SW Sixth Avenue
Portland, Oregon 97204
503-221-4570

**FILED**
DEC 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOUISIANA WHOLESALE DRUG COMPANY, INC. on behalf of it and all others similarly situated,

    Plaintiff(s),

v.

ABBOTT LABORATORIES,

    Defendant(s).

CASE NO. CV-07-6118 CW

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Andrew Edward Aubertine is ☐, an active member in good standing of the bar of the State of Oregon and the District of Oregon, ☐, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiff Louisiana Wholesale Drug in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Charles M. Kagay, 388 Market Street, Suite 900
San Francisco, California, 94111   Phone: 415-956-5959

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/7/07

Andrew E. Aubertine, OSB #83013