1  Nicole M. Norris (SBN 222785)
   James F. Hurst (*Admitted Pro Hac Vice*)
2  David J. Doyle (*Admitted Pro Hac Vice*)
   Samuel S. Park (*Admitted Pro Hac Vice*)
3  WINSTON & STRAWN LLP
   101 California Street, Suite 3900
4  San Francisco, CA  94111-5894
   Telephone:     415-591-1000
5  Facsimile:     415-591-1400
   Email:  nnorris@winston.com; jhurst@winston.com;
6  ddoyle@winston.com; spark@winston.com

7  Attorneys for Defendant
   ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION | **Case No. C-04-1511 CW** <br><br> *Related to case numbers*: <br><br> **C-04-4203 CW;** <br> **C-07-5470 CW;** <br> **C-07-5702 CW;** <br> **C-07-5985 CW** <br> **C-07-6010 CW** <br> **C-07-6118 CW** <br> **C-07-6120 CW** <br><br> **NOTICE OF CHANGE IN COUNSEL ON BEHALF OF ABBOTT LABORATORIES** <br><br> **The Honorable Judge Wilken** |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following attorneys are no longer acting as counsel of record for Defendant Abbott Laboratories:

1. Gail Susan Greenwood

2. Thomas C. Mavrakakis

3. Michael Adam Sweet

Copies of all pleading papers and notices should be served as follows:

| | |
|---|---|
| Nicole M. Norris | James F. Hurst |
| WINSTON & STRAWN LLP | WINSTON & STRAWN LLP |
| 101 California Street, Suite 3900 | 35 West Wacker Drive |
| San Francisco, CA 94111-5894 | Chicago, IL 60601-9703 |
| Telephone:  415-591-1000 | Telephone:  312-558-5600 |
| Facsimile:  415-591-1400 | Facsimile:  312-558-5700 |
| Email:  nnorris@winston.com | Email:  jhurst@winston.com |

Dated:  December 13, 2007          WINSTON & STRAWN LLP

                                   By:    /s/ Nicole M. Norris
                                          Nicole M. Norris

---

1

NOTICE OF CHANGE IN COUNSEL ON BEHALF OF ABBOTT LABORATORIES
Case No. C-04-1511 CW and related cases

SF:190816.1