Clerk's Use Only

Initial for fee pd.:

Noah Silverman NYB # 5728
GARWIN GERSTEIN & FISHER LLP
1401 Broadway, Suite 1416
New York, New York 10036
212-398-0055

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LOUISIANA WHOLESALE DRUG COMPANY, INC. on behalf of it and all others similarly situated,

    Plaintiff(s),

v.

ABBOTT LABORATORIES,

    Defendant(s).

CASE NO. CV-07-6118 -CW

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Noah Silverman is, an active member in good standing of the bar of New York and the Southern District of New, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiff Louisiana Wholesale Drug in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Charles M. Kagay, 388 Market Street, Suite 900
San Francisco, California, 94111   Phone: 415-956-5959

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/10/2007

Noah Silverman NYB# 5728