Clerk's Use Only
Initial for fee pd.:

Adam M. Moskowitz, Esq.
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd.
9th Floor
Miami, Florida 33134

**FILED**
DEC 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Louisiana Wholesale Drug Company, Inc.

Plaintiff(s),

v.

Abbott Laboratories,

Defendant(s).

CASE NO. 07-6118 CW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Adam M. Moskowitz, an active member in good standing of the bar of State of Florida, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Louisiana Wholesale Drug Co. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Charles M. Kagay, Esq., Spiegel Liao & Kagay, 388 Market Street, Suite 900, San Francisco, California 94111; (415) 956-5959

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Dec 11, 2007