**RECEIVED** DEC 1 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED** DEC 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## Northern District of California

LOUISIANA WHOLESALE DRUG COMPANY, on behalf of it and all others similarly situated,

    Plaintiff(s),

v.

ABBOTT LABORATORIES,

    Defendant(s).

CASE NO. CV-07-6118 CW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Andrew Edward Aubertine, an active member in good standing of the bar of State of Oregon and the District of Oregon whose business address and telephone number (particular court to which applicant is admitted) is

1211 SW Sixth Avenue
Portland, Oregon 97204
503-221-4570

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Lousiana Wholesale Drug Company,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: DEC 1 4 2007

_____
~~United States Magistrate Judge~~

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE