RECEIVED
DEC 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
DEC 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

Louisiana Wholesale Drug Company, Inc.

CASE NO. 07-6118 CW

Plaintiff(s),

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

Abbott Laboratories

Defendant(s).
_____/

Adam M. Moskowitz , an active member in good standing of the bar of

Southern District Court of Florida whose business address and telephone number

(particular court to which applicant is admitted)

is

Kozyak Tropin & Throckmorton, P.A., 9th Floor, 2525 Ponce de Leon Blvd., Miami, Florida 33134; (305) 372-1800

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Louisiana Wholesale Drug Company, Inc. .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  DEC 19 2007

_____
United States District    Judge