# United States District Court
## Northern District of California

**RECEIVED** DEC 13 2007  
Richard W. Wieking, Clerk, U.S. District Court, Northern District of California, Oakland

**FILED** DEC 19 2007  
Richard W. Wieking, Clerk, U.S. District Court, Northern District of California, Oakland

Louisiana Wholesale Drug Company, Inc.,

    Plaintiff(s),

v.

Abbott Laboratories,

    Defendant(s).

CASE NO. 07-6118 CW

(~~Proposed~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Thomas A. Tucker Ronzetti, an active member in good standing of the bar of Southern District Court of Florida whose business address and telephone number (particular court to which applicant is admitted) is

Kozyak Tropin & Throckmorton, P.A., 9th Floor, 2525 Ponce de Leon Blvd., Miami, Florida 33134; (305) 372-1800,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Louisiana Wholesale Drug Company, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: DEC 19 2007

                                                 /s/ CW  
                                                 United States District Judge