Clerk's Use Only

Initial for fee pd.:

Stuart Des Roches
Suite 2020, Poydras Center
New Orleans, LA 70130
Telephone (504)522-0077
stuart@odrlaw.com

**FILED**

DEC 1 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

LOUISIANA WHOLESALE DRUG
COMPANY, INC.,

                    Plaintiff(s),

            v.

ABBOTT LABORATORIES,

_____ Defendant(s).  /

CASE NO.  CV-07-6118

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3,        Stuart E. Des Roches        , an active member in good standing of the bar of        Supreme Court of Louisiana        , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing  Louisiana Wholesale Drug Co. Inc  in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action.  The name, address and telephone number of that attorney is:

Charles M. Kagay, Spiegel Liao & Kagay, 388 Market Street, Suite 900 San Francisco, California 94111 (415)956-5959

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 11, 2007