RECEIVED
DEC 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
DEC 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

LOUISIANA WHOLESALE DRUG COMPANY, INC.,

Plaintiff(s),

v.

ABBOTT LABORATORIES,

Defendant(s).

CASE NO. CV-07-6118 CW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Stuart E. Des Roches, an active member in good standing of the bar of Louisiana Supreme Court whose business address and telephone number (particular court to which applicant is admitted) is

400 Royal Street
New Orleans, LA 70130
(504)310-2300,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Louisiana Wholesale Drug Company, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: DEC 1 9 2007

~~United States Magistrate Judge~~
~~Joseph C. Spero~~

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
For the Northern District of California