David P. Smith
Percy, Smith & Foote, L.L.P.
P.O. Box 1632
Alexandria, LA 71309-1632
(318) 445-4480

**FILED**

JAN 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LOUISIANA WHOLESALE DRUG
COMPANY, INC., on behalf of itself and
all others similarly situated,

        Plaintiff(s),

v.

ABBOTT LABORATORIES

        Defendant(s).

**CASE NO.** CV 07-6118

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, David P. Smith         , an active member in good standing of the bar of Louisiana and Tennessee         , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the Plaintiff         in the above-entitled action.

In support of this application, I certify on oath that:

1.     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Charles M. Kagey
   388 Market St. Suite 900, San Francisco, CA 94111 Tel: (415) 956-5959

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _December 19, 2007_         _David P. Smith_

Clerk's Use Only

Initial for fee pd.