**RECEIVED**
JAN 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
JAN 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated

Plaintiff(s),

v.

ABBOTT LABORATORIES

Defendant(s).

CASE NO. CV 07-6118

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

David Raphael, Jr.                    , an active member in good standing of the bar of

Louisiana                             whose business address and telephone number

(particular court to which applicant is admitted)

is

P.O. Box 1632
Alexandria, LA 71309-1632
318-445-4480

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Plaintiff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JAN 22 2008

_____
United States District    Judge