**Clerk's Use Only**
Initial for fee pd.:

Andrew Kelly
Odom & Des Roches, LLP
650 Poydras Street - #2020
New Orleans, LA 70130
(504) 522-0077
(Name, address, and phone number of applicant)

FILED
2008 JAN 23 PM 3:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Louisiana Wholesale Drug Company, Inc. on behalf of itself and all others similarly situated,

Plaintiff(s),

v.

Abbott Laboratories

Defendant(s).

CASE NO. C07-6118cw

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Andrew Kelly, an active member in good standing of the bar of Louisiana, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Louisiana Wholesale Drug in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Charles M. Kagay
Spiegel, Liao & Kagay
388 Market Street - Suite 900
San Francisco, CA 94111
(415) 956-5959

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/21/08

## PROOF OF SERVICE

RE: LOUISIANA WHOLESALE DRUG CO. V. ABBOTT LABORATORIES
US District Court # C 07-6118 JCS

I declare that:

I am a citizen of the United States, over the age of eighteen years and not a party to the within cause; my business address is 388 Market Street, Suite 900, San Francisco, California, 94111. On January 22, 2007 I served true attached copies of:

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE: ANDREW KELLY
(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE: ANDREW KELLY**

on the interested parties in said action, by placing copy thereof in sealed envelope(s) addressed as follows:

David J. Doyle
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

James F. Hurst
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Nicole Michelle Norris
Winston & Strawn, LLP
101 California Street
Suite 3800
San Francisco, CA 94111

Samuel S. Park
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601

and served the named document(s) in the manner indicated below:

[X] **BY MAIL:** I caused true and correct copies of the above document(s), by following ordinary business practices, to be placed and sealed in envelope addressed to the addresses(s) and for collection and mailing with the United States Postal Service in the ordinary course of business, correspondence placed for collection on a particular day, which is deposited with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on January 22, 2007 at San Francisco, California.

_____
Charles Rockroad

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001755
Cashier ID: lenahac
Transaction Date: 01/23/2008
Payer Name: Spiegal Liao and Kagay, LLP
------------------------------------
PRO HAC VICE
 For: Andrew Kelly
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 12546
 Amt Tendered: $210.00
------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

C-07-6118-CW


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```