**RECEIVED**

JAN 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JAN 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Louisiana Wholesale Drug Company, Inc. on behalf of itself and all others similarly situated,
  Plaintiff(s),
    v.
Abbott Laboratories
  Defendant(s).

CASE NO. C07-6118 CW

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Andrew Kelly, an active member in good standing of the bar of Louisiana (particular court to which applicant is admitted) whose business address and telephone number is Odom & Des Roches, LLP
650 Poydras Street - #2020
New Orleans, LA  70130
(504) 522-0077
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Louisiana Wholesale Drug Co., Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JAN 2 5 2008

United States District Judge