1  Nicole M. Norris (SBN 222785)
   WINSTON & STRAWN LLP
2  101 California Street, Suite 3900
   San Francisco, CA  94111-5894
3  Telephone:   415-591-1000
   Facsimile:    415-591-1400
4  Email: nnorris@winston.com

5  James F. Hurst (*Admitted Pro Hac Vice*)
   David J. Doyle (*Admitted Pro Hac Vice*)
6  Samuel S. Park (*Admitted Pro Hac Vice*)
   WINSTON & STRAWN LLP
7  35 W. Wacker Drive
   Chicago, IL 60601-9703
8  Telephone:   312-558-5600
   Facsimile:    312-558-5700
9  Email: jhurst@winston.com; ddoyle@winston.com;
   spark@winston.com
10
   Charles B. Klein (*Admitted Pro Hac Vice*)
11 WINSTON & STRAWN LLP
   1700 K Street, N.W.
12 Washington, D.C.  20007
   Telephone:   202-282-5000
13 Facsimile:    202-282-5100
   Email: cklein@winston.com
14
   Attorneys for Defendant
15 ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | **No. C 07-5985 CW**<br>*Related Per November 30, 2007 Order to Case No. C 04-1511 CW* |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT PURSUANT TO 12(b)(6)** |
| vs. | |
| ABBOTT LABORATORIES, | |
| Defendant. | Date: March 6, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor) |
| [caption continues next page] | Judge: Hon. Claudia Wilken |

**Winston & Strawn LLP**
**35 W. Wacker Drive**
**Chicago, IL 60601-9703**

| | | |
|---|---|---|
| 1 | RODCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | ) **No. C 07-6010 CW** |
| 2 | | ) *Related Per December 3, 2007 Order to Case No. C 04-1511 CW* |
| 3 | Plaintiffs, | ) |
| 4 | vs. | ) **[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT PURSUANT TO 12(b)(6)** |
| 5 | ABBOTT LABORATORIES, | ) |
| 6 | Defendant. | ) |
| 7 | | ) Date: March 6, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Hon. Claudia Wilken |

LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,

      Plaintiffs,

vs.

ABBOTT LABORATORIES,

      Defendant.

**No. C 07-6118 CW**

*Related Per December 10, 2007 Order to Case No. C 04-1511 CW*

**[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT PURSUANT TO 12(b)(6)**

Date: March 6, 2008
Time: 2:00 p.m.
Courtroom: 2 (4th Floor)
Judge: Hon. Claudia Wilken

Defendant, Abbott Laboratories' Motion to Dismiss Plaintiffs' Consolidated Amended Complaint came on for hearing before this Court on March 6, 2008. The parties were represented by counsel at the hearing. After considering all the papers filed regarding this motion, and after all counsel had an opportunity to be heard, the Court rules as follows:

IT IS HEREBY ORDERED:

1. Abbott Laboratories' Motion To Dismiss is GRANTED without leave to amend, and judgment is hereby entered in favor of Abbott Laboratories on each and every claim of the Plaintiffs' complaints.

Dated: _____

HONORABLE CLAUDIA WILKEN
United States District Court