

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com;
spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone:    202-282-5000
Facsimile:    202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>ABBOTT LABORATORIES,<br><br>            Defendant.<br><br>        [caption continues next page] | **No. C 07-5985 CW**<br><br>*Related Per November 30, 2007 Order to Case No. C 04-1511 CW*<br><br>**DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT LABORATORIES TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT PURSUANT TO 12(b)(6)**<br><br>Date:    March 6, 2008<br>Time:    2:00 p.m.<br>Courtroom: 2 (4th Floor) |

*(left margin vertical text)* Winston & Strawn LLP / 35 W. Wacker Drive / Chicago, IL 60601-9703

**Winston & Strawn LLP**
**35 W. Wacker Drive**
**Chicago, IL 60601-9703**

| | |
|---|---|
| RODCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | Judge:        Hon. Claudia Wilken |
| | **No. C 07-6010 CW** |
| | *Related Per December 3, 2007 Order to Case No. C 04-1511 CW* |
| Plaintiffs, | |
| vs. | **DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT LABORATORIES TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT PURSUANT TO 12(b)(6)** |
| ABBOTT LABORATORIES, | |
| Defendant. | |
| | Date:        March 6, 2008 |
| | Time:        2:00 p.m. |
| | Courtroom:  2 (4th Floor) |
| | Judge:        Hon. Claudia Wilken |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, | |
| | **No. C 07-6118 CW** |
| | *Related Per December 10, 2007 Order to Case No. C 04-1511 CW* |
| Plaintiffs, | |
| vs. | **DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT LABORATORIES TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT PURSUANT TO 12(b)(6)** |
| ABBOTT LABORATORIES, | |
| Defendant. | |
| | Date:        March 6, 2008 |
| | Time:        2:00 p.m. |
| | Courtroom:  2 (4th Floor) |
| | Judge:        Hon. Claudia Wilken |

1    I, Nicole M. Norris, declare:

2    1.    I am an attorney at law admitted to practice in this Court for this matter.  I am an

3  associate with the law firm of Winston & Strawn LLP, counsel of record for Abbott Laboratories

4  ("Abbott"), and am authorized to make this Declaration in that capacity.

5    2.    Attached hereto as Exhibit A is a true and correct copy of the June 2004 letter issued

6  by the U.S. Department of Health & Human Services to Abbott Laboratories.

7    3.    Attached hereto as Exhibit B is a true and correct copy of Abbott Laboratories' United

8  States Patent No. 5,541,206 entitled *Retroviral Protease Inhibiting Compounds*.

9    I declare under penalty of perjury under the laws of the United States of America that the

10  foregoing is true and correct.

11    Executed in San Francisco, California, this 31st day of January, 2008.

13
14                                          /s/ Nicole M. Norris
                                            Nicole M. Norris

**Winston & Strawn LLP**
**35 W. Wacker Drive**
**Chicago, IL 60601-9703**

DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF ABBOTT'S MOTION
TO DISMISS PLAINTIFFS' CONSOL. AMENDED COMPL. PURSUANT TO RULE 12(b)(6)
CASE NOS. C 07-5985 CW, C 07-6010 CW, C 07-6118 CW