1 | Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
2 | Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
3 | Brendan Glackin (State Bar No. 199643)
*bglackin@lchb.com*
4 | LIEFF, CABRASER, HEIMANN
    & BERNSTEIN, LLP
5 | 275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
6 | Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Individual and Representative Plaintiff*
*Rochester Drug Co-Operative, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6118 CW |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | The Honorable Claudia Wilken |
| ABBOTT LABORATORIES, | |
| Defendant. | |

PLEASE TAKE NOTICE THAT in the above-captioned litigation, Brendan Glackin of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, enters his appearance as counsel on behalf of plaintiff ROCHESTER DRUG CO-OPERATIVE, INC. and requests that copies of all future notices, pleadings, and other documents filed in this action be provided to him.

749300.1 | -1- | NOTICE OF APPEARANCE
CASE NO. 07-6118 CW

| | | |
|---|---|---|
| 1 | Dated: February 13, 2008 | Respectfully submitted, |
| 2 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 4 | | By: */s/ Brendan Glackin* |
| | |       Brendan Glackin |
| 5 | | |
| 6 | | *Attorney for Plaintiff Rochester Drug Co-operative, Inc.* |