| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| | *jsaveri@lchb.com* |
| 2 | Eric B. Fastiff (State Bar No. 182260) |
| | *efastiff@lchb.com* |
| 3 | Brendan Glackin (State Bar No. 199643) |
| | *bglackin@lchb.com* |
| 4 | LIEFF, CABRASER, HEIMANN |
| | & BERNSTEIN, LLP |
| 5 | 275 Battery Street, 30th Floor |
| | San Francisco, CA 94111-3339 |
| 6 | Telephone: (415) 956-1000 |
| | Facsimile: (415) 956-1008 |

*Attorneys for Individual and Representative Plaintiff Rochester Drug Co-Operative, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6118 CW |
| | **NOTICE OF APPEARANCE** |
| Plaintiff, | The Honorable Claudia Wilken |
| v. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |

PLEASE TAKE NOTICE THAT in the above-captioned litigation, Eric B. Fastiff of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, enters his appearance as counsel on behalf of plaintiff ROCHESTER DRUG CO-OPERATIVE, INC. and requests that copies of all future notices, pleadings, and other documents filed in this action be provided to him.

| | | |
|---|---|---|
| 1 | Dated: February 13, 2008 | Respectfully submitted, |
| 2 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 4 | | By: _/s/ Eric B. Fastiff_ |
| | | Eric B. Fastiff |
| 5 | | *Attorney for Plaintiff Rochester Drug Co-operative, Inc.* |