1 | LIEFF, CABRASER, HEIMANN &
  | BERNSTEIN, LLP
2 | Joseph R. Saveri (State Bar No. 130064)
  | Embarcadero Center West
3 | 275 Battery Street, 30th Floor
  | San Francisco, CA 94111-3339
4 | Telephone: (415) 956-1000
  | Facsimile:  (415) 956-1008
5 | Email: jsaveri@lchb.com

6 | *Local Counsel for Rochester Drug Cooperative, Inc.*

7 |
  | IRELL & MANELLA LLP
8 | Alexander Frank Wiles (CA 73596)
  | Brian Hennigan (CA 86955)
9 | Stephanie Kaufman (CA 162644)
  | Trevor Stockinger (CA 226359)
10| 1800 Avenue of the Stars #900
  | Los Angeles, CA 90067
11| Telephone: (310) 277-1010
  | Facsimile:  (310) 203-7199
12| Email: awiles@irell.com; bhennigan@irell.com
  | skaufman@irell.com; tstockinger@irell.com
13|
  | *Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*
14|

15| [Additional Attorneys and Plaintiffs on Signature Page]

16|

17|                    UNITED STATES DISTRICT COURT

18|                   NORTHERN DISTRICT OF CALIFORNIA

19|                           OAKLAND DIVISION

| | |
|---|---|
| SAFEWAY INC.; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP, | Case No. C 07-5470 (CW) <br><br> *Related per October 31, 2007 Order to Case No. C-04-1511 (CW)* |
| Plaintiff, | **DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |
| vs. | |
| ABBOTT LABORATORIES, | |
| Defendant. | |
| | Date:      March 6, 2008 <br> Time:      2:00 p.m. <br> Courtroom: 2 (4th Floor) <br> Judge:     Hon. Claudia Wilken |
| [caption continues next page] | |

| | | |
|---|---|---|
| 1 | SMITHKLINE BEECHAM CORPORATION d/b/a/ GLAXOSMITHKLINE, | Case No. C 07-5702 (CW) |
| 2 | | *Related per November 19, 2007 Order to Case No. C-04-1511 (CW)* |
| 3 | Plaintiff, | |
| | vs. | |
| 4 | ABBOTT LABORATORIES, | DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 |
| 5 | | |
| 6 | Defendant. | |
| 7 | | |
| 8 | | Date:       March 6, 2008<br>Time:       2:00 p.m.<br>Courtroom:  2 (4th Floor)<br>Judge:      Hon. Claudia Wilken |
| 9 | | |
| 10 | | |
| 11 | MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | Case No. C 07-5985 (CW) |
| 12 | | *Related per November 30, 2007 Order to Case No. C-04-1511 (CW)* |
| 13 | Plaintiffs, | DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 |
| 14 | vs. | |
| 15 | ABBOTT LABORATORIES, | |
| 16 | Defendant. | |
| 17 | | Date:       March 6, 2008<br>Time:       2:00 p.m.<br>Courtroom:  2 (4th Floor)<br>Judge:      Hon. Claudia Wilken |
| 18 | | |
| 19 | | |
| 20 | ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6010 (CW) |
| 21 | | *Related per December 3, 2007 Order to Case No. C-04-1511 (CW)* |
| 22 | Plaintiff, | |
| 23 | vs. | DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 |
| 24 | ABBOTT LABORATORIES, | |
| 25 | Defendant. | |
| 26 | | Date:       March 6, 2008<br>Time:       2:00 p.m.<br>Courtroom:  2 (4th Floor)<br>Judge:      Hon. Claudia Wilken |
| 27 | | |
| 28 | [caption continues next page] | |

- 2 -

| | | |
|---|---|---|
| 1 | LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, | ) Case No. C 07-6118 (CW) |
| 2 | | ) |
| 3 | Plaintiff, | ) *Related per December 10, 2007 Order to Case No. C-04-1511 (CW)* |
| 4 | vs. | ) **DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |
| 5 | ABBOTT LABORATORIES, | ) |
| 6 | Defendant. | ) |
| 7 | | ) Date:       March 6, 2008<br>Time:       2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:      Hon. Claudia Wilken |
| 8 | | |
| 9 | | |
| 10 | RITE AID CORPORATION; RITE AID HDQTRS, CORP,; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C., | ) Case No. C07-6120 (CW) |
| 11 | | ) *Related per December 5, 2007 Order to Case No. C-04-1511 (CW)* |
| 12 | | ) |
| 13 | | ) **DECLARATION OF STEPHANIE KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |
| 14 | Plaintiff, | ) |
| 15 | vs. | ) |
| 16 | ABBOTT LABORATORIES, | ) |
| 17 | Defendant. | ) Date:       March 6, 2008<br>Time:       2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:      Hon. Claudia Wilken |

1    I, Stephanie Kaufman, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

    1.    I am an attorney at the law firm of Irell & Manella LLP, counsel for Plaintiff SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") in the GSK v. Abbott matter. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

    2.    Attached as Exhibit 1 to Plaintiffs' Request for Judicial Notice in Support of Their Opposition to Abbott's Omnibus Motion to Dismiss and GlaxoSmithKline's Opposition to Defendant's Motion to Dismiss Complaint is excerpts of the Rebuttal Expert Report of Joel W. Hay, Ph.D., submitted in the related case, *In re Abbott Laboratories Norvir Antitrust Litigation*, Case No. C-04-1511 CW. This Report has been designated "Highly Confidential" by Defendant. Exhibit 1 has been omitted from the public filing.

    3.    Plaintiffs' Opposition to Abbott's Omnibus Motion to Dismiss refers to and quotes from Exhibit 1 to Plaintiffs' Request for Judicial Notice in Support of Their Opposition to Abbott's Omnibus Motion to Dismiss and GlaxoSmithKline's Opposition to Defendant's Motion to Dismiss Complaint. The sealable portions of this document have been redacted from the public version of this filing, and an unredacted version of this document has been lodged with the Court. In the unredacted version, the sealable portions are identified by shaded highlighting, pursuant to Civil Local Rule 79-5(c)(3)-(4).

Executed in Los Angeles, California, this 14th day of February, 2008.

                                                            /s/ Stephanie Kaufman
                                                            Stephanie Kaufman

**Additional Counsel**

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Joseph R. Saveri (State Bar No. 130064)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: jsaveri@lchb.com

*Local Counsel for Rochester Drug Cooperative, Inc.*

IRELL & MANELLA LLP
Alexander Frank Wiles (CA 73596)
Brian Hennigan (CA 86955)
Stephanie Kaufman (CA 162644)
Trevor Stockinger (CA 226359)
1800 Avenue of the Stars #900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: awiles@irell.com; bhennigan@irell.com
skaufman@irell.com; tstockinger@irell.com

*Counsel for SmithKlineBeecham Corp. d/b/a GlaxoSmithKline.*

DILLINGHAM & MURPHY, LLP
William Francis Murphy
Email: wfm@dillinghammurphy.com
Barbara Lynne Harris Chiang
Email: bhc@dillinghammurphy.com
Edward Eldon Hartley
Email: eeh@dillinghammurphy.com
225 Bush Street, Sixth Floor
San Francisco, CA 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

*Local Counsel for Safeway Inc., et al., and Rite Aid Corp., et al.*

KAUFMAN DECL. IN SUPPORT OF PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

1821454

| | |
|---|---|
| 1 | BERGER & MONTAGUE, P.C. |
| 2 | Eric L. Cramer, Pro Hac Vice<br>Email: ecramer@bm.net |
| 3 | Daniel Berger<br>Email: danberger@bm.net |
| 4 | David F. Sorensen<br>Email: dsorensen@bm.net |
| 5 | 1622 Locust Street<br>Philadelphia, PA 19103 |
| 6 | Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604 |
| 7 | *Lead Counsel for Rochester Drug Cooperative, Inc.* |
| 8 | |
| 9 | GARWIN GERSTEIN & FISHER, LLP |
| 10 | Bruce E. Gerstein, Pro Hac Vice<br>Email: bgerstein@garwingerstein.com |
| 11 | Noah H. Silverman, Pro Hac Vice<br>Email: nsilverman@garwingerstein.com |
| 12 | 1501 Broadway, Suite 1416<br>New York, New York 10036 |
| 13 | Telephone: (212) 398-0055<br>Facsimile: (212) 764-6620 |
| 14 | *Lead Counsel for Louisiana Wholesale Drug Co., Inc.* |
| 15 | |
| 16 | SPIEGEL LIAO & KAGAY, LLP |
| 17 | Charles M. Kagay (State Bar No. 73377)<br>Email: cmk@slksf.com |
| 18 | Wayne M. Liao (State Bar No. 66591)<br>Email: wml@slksf.com |
| 19 | 388 Market Street, Suite 900<br>San Francisco, California 94111 |
| 20 | Telephone: (415) 956-5959<br>Facsimile: (415) 962-1431 |
| 21 | *Local Counsel for Plaintiff Louisiana Wholesale Drug, Co. Inc.* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 6 -

KAUFMAN DECL. IN SUPPORT OF PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

1821454

|   |   |
|---|---|
| 1 | KAPLAN FOX & KILSHEIMER LLP |
| 2 | Laurence D. King (SBN 206423) |
|   | Email: lking@kaplanfox.com |
| 3 | Linda M. Fong (SBN 124232) |
|   | Email: lfong@kaplanfox.com |
| 4 | 350 Sansome Street, Suite 400 |
|   | San Francisco, CA 94104 |
| 5 | Telephone: (415) 772-4700 |
|   | Facsimile: (415) 772-4707 |
| 6 |   |
| 7 | Robert N. Kaplan, Pro Hac Vice |
|   | Email: rkaplan@kaplanfox.com |
| 8 | Linda P. Nussbaum, Pro Hac Vice |
|   | Email: lnussbaum@kaplanfox.com |
| 9 | 850 Third Avenue, 14th Floor |
|   | New York, NY 10022 |
| 10 | Telephone: (212) 687-1980 |
|   | Facsimile: (212) 687-7714 |
| 11 |   |
| 12 | *Lead Counsel for Meijer, Inc. and Meijer Distribution, Inc.* |
| 13 |   |
| 14 |   |
| 15 | **Additional Counsel for Plaintiffs (Client Not Specified):** |
| 16 |   |
| 17 | ODOM & DES ROCHES, LLP |
|   | John Gregory Odom, Pro Hac Vice |
|   | Email: greg@odrlaw.com |
| 18 | Stuart E. Des Roches, Pro Hac Vice |
|   | Email: stuart@odrlaw.com |
| 19 | John Alden Meade, Pro Hac Vice |
|   | Email: jmeade@odrlaw.com. |
| 20 | Suite 2020, Poydras Center |
|   | 650 Poydras Street |
| 21 | New Orleans, LA 70130 |
|   | Telephone: (504) 522-0077 |
| 22 | Facsimile: (504) 522-0078 |
| 23 |   |
| 24 | PERCY SMITH & FOOTE, LLP |
|   | David P. Smith, Pro Hac Vice |
|   | Email: dpsmith@psfllp.com |
| 25 | W. Ross Foote, Pro Hac Vice |
|   | Email: rfoote@psfllp.com |
| 26 | 720 Murray Street |
|   | P.O. Box 1632 |
| 27 | Alexandria, LA 71309 |
|   | Telephone: (318) 445-4480 |
| 28 | Facsimile: (318) 487-1741 |

KAUFMAN DECL. IN SUPPORT OF PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

1821454

```
 1                                    KOZYAK TROPIN & THROCKMORTON
                                      Tucker Ronzetti, Pro Hac Vice
 2                                    Email: tr@kttlaw.com
                                      Adam Moskowitz, Pro Hac Vice
 3                                    Email: amm@kttlaw.com
                                      2800 Wachovia Financial Center
 4                                    200 South Biscayne Boulevard
                                      Miami, Florida 33131-2335
 5                                    Telephone: (305) 372-1800
                                      Telecopier: (305) 372-3508
 6

 7                                    AUBERTINE DRAPER ROSE, LLP
                                      Andrew E. Aubertine, Pro Hac Vice
 8                                    Email: aa@adr-portland.com
                                      1211 SW Sixth Avenue
 9                                    Portland, Oregon 97204
                                      Telephone: (503) 221-4570
10                                    Facsimile: (503) 221-4590

11
                                      LAW OFFICES OF JOSHUA P. DAVIS
12                                    Joshua P. Davis (State Bar No. 193254)
                                      Email: davisj@usfca.edu
13                                    437A Valley Street
                                      San Francisco, CA 94131
14                                    Telephone: (415) 422-6223

15
                                      VANEK, VICKERS & MASINI, P.C.
16                                    Joseph M. Vanek, Pro Hac Vice
                                      Email: jvanek@vaneklaw.com
17                                    David P. Germaine, Pro Hac Vice
                                      Email: dgermaine@vaneklaw.com
18                                    111 South Wacker Drive, Suite 4050
                                      Chicago, IL 60606
19                                    Telephone: (312) 224-1500
                                      Facsimile: (312) 224-1510
20

21                                    SPERLING & SLATER
                                      Paul E. Slater, Pro Hac Vice
22                                    Email: pes@sperling-law.com
                                      55 West Monroe Street, Suite 3200
23                                    Chicago, Illinois 60603
                                      Telephone: (312) 641-3200
24                                    Facsimile: (312) 641-6492

25

26

27

28
```

KENNY NACHWALTER, PA
Lauren C. Ravkind
Scott Eliot Perwin
Email: sperwin@kennynachwalter.com
201 S. Biscayne Blvd.
1100 Miami Center
Miami, Florida 33131
Telephone: (512) 480-802

ARNOLD & PORTER
Kenneth A. Letzler, Pro Hac Vice
Email: Kenneth_Letzler@aporter.com
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

HANGLEY ARONCHICK SEGAL & PUDLIN
Steve D. Shadowen
Email: sshadowen@hangley.com
Monica L. Rebuck
Email: mrebuck@hangley.com
30 North Third Street, Suite 700
Harrisburg, PA 17101-1701
Telephone: (717) 364-1007
Facsimile: (717) 362-1020