1  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
2  Joseph R. Saveri (State Bar No. 130064)
   Embarcadero Center West
3  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
4  Telephone:   (415) 956-1000
   Facsimile:    (415) 956-1008
5  Email: jsaveri@lchb.com

6  *Local Counsel for Rochester Drug Cooperative, Inc.*

7

   IRELL & MANELLA LLP
8  Alexander Frank Wiles (CA 73596)
   Brian Hennigan (CA 86955)
9  Stephanie Kaufman (CA 162644)
   Trevor Stockinger (CA 226359)
10 1800 Avenue of the Stars #900
   Los Angeles, CA 90067
11 Telephone:   (310) 277-1010
   Facsimile:    (310) 203-7199
12 Email: awiles@irell.com; bhennigan@irell.com
   skaufman@irell.com; tstockinger@irell.com
13
   *Counsel for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*
14

15 [Additional Attorneys and Plaintiffs on Signature Page]

16

17 **UNITED STATES DISTRICT COURT**

18 **NORTHERN DISTRICT OF CALIFORNIA**

19 **OAKLAND DIVISION**

| | |
|---|---|
| 20  SAFEWAY INC.,; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; 21  AMERICAN SALES COMPANY, INC.; and HEB GROCERY COMPANY, LP,<br>22                       Plaintiff,<br>23       vs.<br>24  ABBOTT LABORATORIES,<br>25                       Defendant.<br>26<br>27<br>28     [caption continues next page] | **Case No. C 07-5470 (CW)**<br>*Related per October 31, 2007 Order to Case No. C-04-1511 (CW)*<br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**<br>**Date:**          **March 6, 2008**<br>**Time:**          **2:00 p.m.**<br>**Courtroom:** **2 (4th Floor)**<br>**Judge:**        **Hon. Claudia Wilken** |

| | | |
|---|---|---|
| 1 | SMITHKLINE BEECHAM CORPORATION ) <br> d/b/a/ GLAXOSMITHKLINE, ) | **Case No. C 07-5702 (CW)** |
| 2 | ) | *Related per November 19, 2007 Order to* |
| 3 | Plaintiff, ) <br> ) | *Case No. C-04-1511 (CW)* |
| 4 | vs. ) <br> ) | **[PROPOSED] ORDER GRANTING** |
| 5 | ABBOTT LABORATORIES, ) <br> ) | **PLAINTIFFS' MOTION TO FILE** <br> **DOCUMENTS UNDER SEAL** |
| 6 | Defendant. ) <br> ) | **Date:       March 6, 2008** |
| 7 | ) <br> ) | **Time:       2:00 p.m.** <br> **Courtroom: 2 (4th Floor)** |
| 8 | ) <br> ) | **Judge:      Hon. Claudia Wilken** |
| 9 | MEIJER, INC. & MEIJER DISTRIBUTION, ) <br> INC., on behalf of themselves and all others ) | **Case No. C 07-5985 (CW)** |
| 10 | similarly situated, ) <br> ) | *Related per November 30, 2007 Order to* <br> *Case No. C-04-1511 (CW)* |
| 11 | Plaintiffs, ) <br> ) | **[PROPOSED] ORDER GRANTING** |
| 12 | vs. ) <br> ) | **PLAINTIFFS' MOTION TO FILE** <br> **DOCUMENTS UNDER SEAL** |
| 13 | ABBOTT LABORATORIES, ) <br> ) | **Date:       March 6, 2008** |
| 14 | Defendant. ) <br> ) | **Time:       2:00 p.m.** <br> **Courtroom: 2 (4th Floor)** |
| 15 | ) <br> ) | **Judge:      Hon. Claudia Wilken** |
| 16 | ROCHESTER DRUG CO-OPERATIVE, ) | **Case No. C 07-6010 (CW)** |
| 17 | INC., on behalf of itself and all others similarly ) <br> situated, ) | *Related per December 3, 2007 Order to* <br> *Case No. C-04-1511 (CW)* |
| 18 | Plaintiff, ) <br> ) | |
| 19 | vs. ) | **[PROPOSED] ORDER GRANTING** |
| 20 | ABBOTT LABORATORIES, ) <br> ) | **PLAINTIFFS' MOTION TO FILE** <br> **DOCUMENTS UNDER SEAL** |
| 21 | Defendant. ) <br> ) | **Date:       March 6, 2008** |
| 22 | ) <br> ) | **Time:       2:00 p.m.** <br> **Courtroom: 2 (4th Floor)** |
| 23 | ) <br> ) | **Judge:      Hon. Claudia Wilken** |
| 24 | ) | |
| 25 | ) | |
| 26 | ) | |
| 27 | ) | |
| 28 | [caption continues next page] ) | |

1821455.2  02    [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
                 FILE DOCUMENTS UNDER SEAL

| | | |
|---|---|---|
| 1 | LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, ) ) ) | **Case No. C 07-6118 (CW)** |
| 2 | | *Related per December 10, 2007 Order to Case No. C-04-1511 (CW)* |
| 3 | Plaintiff, ) | |
| 4 | vs. ) | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 5 | ABBOTT LABORATORIES, ) | |
| 6 | Defendant. ) | **Date:** March 6, 2008<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2 (4th Floor)<br>**Judge:** Hon. Claudia Wilken |
| 7 | | |
| 8 | | |
| 9 | RITE AID CORPORATION; RITE AID HDQTRS, CORP,; JCG (PJC) USA, LLC; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; and CAREMARK, L.L.C., ) | **Case No. C 07-6120 (CW)** |
| 10 | | *Related per December 5, 2007 Order to Case No. C-04-1511 (CW)* |
| 11 | | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 12 | Plaintiff, ) | |
| 13 | vs. ) | **Date:** March 6, 2008<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2 (4th Floor)<br>**Judge:** Hon. Claudia Wilken |
| 14 | ABBOTT LABORATORIES, ) | |
| 15 | Defendant. ) | |

As set forth in Plaintiffs' Administrative Motion to File Documents Under Seal Pursuant To Civil Local Rule 79-5 ("Administrative Motion"), Plaintiffs lodged with the Court the following documents:

1. Plaintiffs' Opposition to Abbott's Omnibus Motion to Dismiss.

2. Exhibit 1 to Plaintiffs' Request for Judicial Notice in Support of Their Opposition to Abbott's Omnibus Motion to Dismiss and GlaxoSmithKline's Opposition to Defendant's Motion to Dismiss Complaint.

Having considered Plaintiffs' Administrative Motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that: (a) Plaintiffs' Opposition to Abbott's Omnibus Motion to Dismiss; and (b) Exhibit 1 to Plaintiffs' Request for Judicial Notice in Support of Their Opposition to Abbott's Omnibus Motion to Dismiss and GlaxoSmithKline's Opposition to Defendant's Motion to Dismiss Complaint, are to be filed under seal.

IT IS SO ORDERED.

Dated: _____

Hon. Claudia Wilken
United States District Judge

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Joseph R. Saveri (State Bar No. 130064)
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: jsaveri@lchb.com

*Local Counsel for Rochester Drug Cooperative, Inc.*

1  IRELL & MANELLA LLP
   Alexander Frank Wiles (CA 73596)
2  Brian Hennigan (CA 86955)
   Stephanie Kaufman (CA 162644)
3  Trevor Stockinger (CA 226359)
   1800 Avenue of the Stars #900
4  Los Angeles, CA 90067
   Telephone: (310) 277-1010
5  Facsimile: (310) 203-7199
   Email: awiles@irell.com; bhennigan@irell.com
6  skaufman@irell.com; tstockinger@irell.com

7  *Counsel for SmithKlineBeecham Corp. d/b/a GlaxoSmithKline.*

8

   DILLINGHAM & MURPHY, LLP
9  William Francis Murphy
   Email: wfm@dillinghammurphy.com
10 Barbara Lynne Harris Chiang
   Email: bhc@dillinghammurphy.com
11 Edward Eldon Hartley
   Email: eeh@dillinghammurphy.com
12 225 Bush Street, Sixth Floor
   San Francisco, CA 94104-4207
13 Telephone: (415) 397-2700
   Facsimile: (415) 397-3300
14
   *Local Counsel for Safeway Inc., et al., and Rite Aid Corp., et al.*
15

16 BERGER & MONTAGUE, P.C.
   Eric L. Cramer, Pro Hac Vice
17 Email: ecramer@bm.net
   Daniel Berger
18 Email: danberger@bm.net
   David F. Sorensen
19 Email: dsorensen@bm.net
   1622 Locust Street
20 Philadelphia, PA 19103
   Telephone: (215) 875-3000
21 Facsimile: (215) 875-4604

22 *Lead Counsel for Rochester Drug Cooperative, Inc.*

23
   GARWIN GERSTEIN & FISHER, LLP
24 Bruce E. Gerstein, Pro Hac Vice
   Email: bgerstein@garwingerstein.com
25 Noah H. Silverman, Pro Hac Vice
   Email: nsilverman@garwingerstein.com
26 1501 Broadway, Suite 1416
   New York, New York 10036
27 Telephone: (212) 398-0055
   Facsimile: (212) 764-6620
28
   *Lead Counsel for Louisiana Wholesale Drug Co., Inc.*

- 2 -

1  SPIEGEL LIAO & KAGAY, LLP
   Charles M. Kagay (State Bar No. 73377)
2  Email: cmk@slksf.com
   Wayne M. Liao (State Bar No. 66591)
3  Email: wml@slksf.com
   388 Market Street, Suite 900
4  San Francisco, California 94111
   Telephone: (415) 956-5959
5  Facsimile: (415) 962-1431

6  *Local Counsel for Plaintiff Louisiana Wholesale
   Drug, Co. Inc.*
7

8  KAPLAN FOX & KILSHEIMER LLP

9  Laurence D. King (SBN 206423)
   Email: lking@kaplanfox.com
10 Linda M. Fong (SBN 124232)
   Email: lfong@kaplanfox.com
11 350 Sansome Street, Suite 400
   San Francisco, CA 94104
12 Telephone: (415) 772-4700
   Facsimile: (415) 772-4707
13
   Robert N. Kaplan, Pro Hac Vice
14 Email: rkaplan@kaplanfox.com
   Linda P. Nussbaum, Pro Hac Vice
15 Email: lnussbaum@kaplanfox.com
   850 Third Avenue, 14th Floor
16 New York, NY 10022
   Telephone: (212) 687-1980
17 Facsimile: (212) 687-7714

18 *Lead Counsel for Meijer, Inc. and Meijer
   Distribution, Inc.*
19

20 **Additional Counsel for Plaintiffs (Client Not Specified):**

21
   ODOM & DES ROCHES, LLP
22 John Gregory Odom, Pro Hac Vice
   Email: greg@odrlaw.com
23 Stuart E. Des Roches, Pro Hac Vice
   Email: stuart@odrlaw.com
24 John Alden Meade, Pro Hac Vice
   Email: jmeade@odrlaw.com.
25 Suite 2020, Poydras Center
   650 Poydras Street
26 New Orleans, LA 70130
   Telephone: (504) 522-0077
27 Facsimile: (504) 522-0078

28

- 3 -

1821455.2 02

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
FILE DOCUMENTS UNDER SEAL

1  PERCY SMITH & FOOTE, LLP
   David P. Smith, Pro Hac Vice
2  Email: dpsmith@psfllp.com
   W. Ross Foote, Pro Hac Vice
3  Email: rfoote@psfllp.com
   720 Murray Street
4  P.O. Box 1632
   Alexandria, LA 71309
5  Telephone: (318) 445-4480
   Facsimile: (318) 487-1741
6

7  KOZYAK TROPIN & THROCKMORTON
   Tucker Ronzetti, Pro Hac Vice
8  Email: tr@kttlaw.com
   Adam Moskowitz, Pro Hac Vice
9  Email: amm@kttlaw.com
   2800 Wachovia Financial Center
10 200 South Biscayne Boulevard
   Miami, Florida 33131-2335
11 Telephone: (305) 372-1800
   Telecopier: (305) 372-3508
12

13 AUBERTINE DRAPER ROSE, LLP
   Andrew E. Aubertine, Pro Hac Vice
14 Email: aa@adr-portland.com
   1211 SW Sixth Avenue
15 Portland, Oregon 97204
   Telephone: (503) 221-4570
16 Facsimile: (503) 221-4590

17
   LAW OFFICES OF JOSHUA P. DAVIS
18 Joshua P. Davis (State Bar No. 193254)
   Email: davisj@usfca.edu
19 437A Valley Street
   San Francisco, CA 94131
20 Telephone: (415) 422-6223

21

22

23

24

25

26

27

28

- 4 -

1821455.2 02

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
FILE DOCUMENTS UNDER SEAL

| | |
|---|---|
| 1 | VANEK, VICKERS & MASINI, P.C.<br>Joseph M. Vanek, Pro Hac Vice |
| 2 | Email: jvanek@vaneklaw.com<br>David P. Germaine, Pro Hac Vice |
| 3 | Email: dgermaine@vaneklaw.com<br>111 South Wacker Drive, Suite 4050 |
| 4 | Chicago, IL 60606<br>Telephone: (312) 224-1500 |
| 5 | Facsimile: (312) 224-1510<br>SPERLING & SLATER |
| 6 | Paul E. Slater, Pro Hac Vice<br>Email: pes@sperling-law.com |
| 7 | 55 West Monroe Street, Suite 3200<br>Chicago, Illinois 60603 |
| 8 | Telephone: (312) 641-3200<br>Facsimile: (312) 641-6492 |
| 9 | |
| 10 | KENNY NACHWALTER, PA<br>Lauren C. Ravkind |
| 11 | Scott Eliot Perwin<br>Email: sperwin@kennynachwalter.com |
| 12 | 201 S. Biscayne Blvd.<br>1100 Miami Center |
| 13 | Miami, Florida 33131<br>Telephone: (512) 480-802 |
| 14 | |
| 15 | ARNOLD & PORTER<br>Kenneth A. Letzler, Pro Hac Vice |
| 16 | Email: Kenneth_Letzler@aporter.com<br>555 Twelfth Street, NW |
| 17 | Washington, DC 20004-1206<br>Telephone: (202) 942-5000 |
| 18 | Facsimile: (202) 942-5999 |
| 19 | |
| 20 | HANGLEY ARONCHICK SEGAL & PUDLIN<br>Steve D. Shadowen |
| 21 | Email: sshadowen@hangley.com<br>Monica L. Rebuck |
| 22 | Email: mrebuck@hangley.com<br>30 North Third Street, Suite 700 |
| 23 | Harrisburg, PA 17101-1701<br>Telephone:  (717) 364-1007 |
| 24 | Facsimile: (717) 362-1020 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 5 -

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
FILE DOCUMENTS UNDER SEAL

1821455.2  02