United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | No. C 07-5985 CW<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL (DOCKET NO. 32) |
| ROCHESTER DRUG COOPERATIVE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | No. C 07-6010 CW<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL (DOCKET NO. 26) |
| LOUISIANA WHOLESALE DRUG COMPANY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | No. C 07-6118 CW<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL (DOCKET NO. 44) |

Plaintiffs in the above-captioned cases have moved for leave to file under seal portions of their brief in opposition to Abbott's motion to dismiss. Their request relates to their opposition to a dispositive motion. Accordingly, the brief may not be filed under seal unless there is a "compelling interest" in doing so. Pintos v. Pac. Creditors Ass'n, 504 F.3d 792, 801-03 (9th Cir. 2007).

Pursuant to Local Rule 79-5, if any party objects to the public filing of any document, that party must file a declaration establishing with particularity the need to file the document or a portion thereof under seal. The statement must explain how the party stands to be harmed by the public filing of the objectionable information. A blanket statement that the party considers the document confidential or has designated the document as subject to a stipulated protective order is not sufficient to demonstrate that the document is sealable. See Local Rule 79-5(a).

The relevant portions of the brief refer to information that Abbott purportedly considers confidential. Abbott, however, has not filed a declaration establishing a compelling interest to justify filing this document under seal, as it was required to do within five days of Plaintiffs' request. See Local Rule 79-5(d). Nor does the fact that Abbott may have designated the material as subject to the stipulated protective order in the related 04-1511 case establish good cause to file it under seal. See Local Rule 79-5(a).

For these reasons, Plaintiffs' motions are DENIED. Pursuant to Local Rule 79-5(d), Plaintiffs shall file in the public record

in each of the above-captioned cases an unredacted version of their opposition brief.

IT IS SO ORDERED.

Dated: 3/24/08

_____
CLAUDIA WILKEN
United States District Judge

3