Joseph R. Saveri (SBN 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (SBN 182260)
*efastiff@lchb.com*
Brendan Glackin (SBN 199643)
*bglackin@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Individual and Representative Plaintiff Rochester Drug Co-Operative, Inc.*

Charles M. Kagay (SBN 073377)
*cmk@slksf.com*
SPIEGEL, LIAO & KAGAY
388 Market Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 956-5959
Facsimile: (415) 362-1431

*Attorneys for Individual and Representative Plaintiff Louisiana Wholesale Drug Company, Inc.*

[Additional Attorneys and Plaintiffs listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ABBOTT LABORATORIES,

Defendant.

--[*caption continues next page*]--

Case No. C 07-5985 CW

**PLAINTIFFS' REVISED STIPULATED MOTION AND [PROPOSED] ORDER TO CHANGE CLASS CERTIFICATION HEARING AND BRIEFING DATES**

**Hon. Claudia Wilken**

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6010 CW<br><br>**Hon. Claudia Wilken** |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6118 CW<br><br>**Hon. Claudia Wilken** |

**PLAINTIFFS' REVISED STIPULATED MOTION AND [PROPOSED] ORDER TO CHANGE CLASS CERTIFICATION HEARING AND BRIEFING DATES**

Plaintiffs and Defendant (the "Parties") in the above-captioned direct purchaser class cases hereby stipulate to, and respectfully seek, a change of the dates of the class certification hearing and briefing established by the December 12, 2007 Case Management Order.

The Parties seek to delay the class certification briefing schedule by just over one month. Under the new class certification schedule: (1) Plaintiffs' opening motion and brief would be due May 5, 2008; (2) Defendant's response would be due June 16, 2008; (3) Plaintiffs' reply would be due July 14, 2008; and (4) oral argument would be scheduled for Thursday, August 7, 2008, at 2:00 p.m.

None of these changes affects the intervals between briefs, nor does the proposal alter the interval between the close of briefing and the proposed hearing date. Additionally, the parties agree that no other dates in the Court's schedule for these cases, or for any of the related Norvir

antitrust actions, would need to change. The Parties have confirmed that the Court is available on Thursday, August 7, 2008, at 2:00 p.m., for the class certification hearing.

In view of the fact that no change proposed by this stipulation (which is limited to the scheduling of the class certification motion only) would in any way affect the schedules of their separate, albeit related, cases, plaintiffs GlaxoSmithKline (Case No. C 07-5702 CW), Safeway Stores, *et al*. (Case No. C 07-5470 CW), and Rite-Aid Corporation, *et al.* (C -07-6120 CW) in the related Norvir antitrust actions also stipulate to this motion.

SO STIPULATED:

Dated: March 31st, 2008

WINSTON & STRAWN LLP

By: *__/s/ Nicole M. Norris_*_________
Nicole M. Norris

Nicole M. Norris (SBN 222785)
*nnorris@winston.com*
James F. Hurst
*jhurst@winston.com*
David J. Doyle
*ddoyle@winston.com*
Samuel S. Park
*spark@winston.com*
101 California Street, Suite 3900
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant Abbott Laboratories*

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:___*/s/ Joseph R. Saveri*_______________
Joseph R. Saveri

Joseph R. Saveri
*jsaveri@lchb.com*
Eric B. Fastiff
*efastiff@lchb.com*
Brendan Glackin
*bglackin@lchb.com*
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Individual and Representative Plaintiff*
*Rochester Drug Co-Operative, Inc.*

IRELL & MANELLA, LLP

By: ____*/s/ Alex Wiles*__________
Alexander Frank Wiles

Alexander Frank Wiles
*awiles@irell.com*
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Smithkline Beecham Corporation d/b/a GlaxoSmithKline*

SPIEGEL, LIAO & KAGAY
Charles M. Kagay (State Bar No. 73377)
*cmk@slksf.com*
Wayne M. Liao (State Bar No. 66591)
*wml@slksf.com*
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959
Facsimile: (415) 962-1431

*Attorneys for Individual and Representative Plaintiff Louisiana Wholesale Drug Company, Inc.*

HANGLEY ARONCHICK SEGAL & PUDLIN

By: ___*/s/ Steve Shadowen*_______

Steve D. Shadowen

Steve D. Shadowen
*sshadowen@hangley.com*
30 North Third Street, Suite 700
Harrisburg, PA 17101-1701
Telephone: (717) 364-1007
Facsimile: (717) 362-1020

*Attorneys for Plaintiffs Rite Aid Corporation, Rite Aid HDQTRS, Corp., JCG (PJC) USA, LLC, Maxi Drug, Inc. d/b/a/ Brooks Pharmacy, Eckerd Corporation, CVS Pharmacy, Inc., and Caremark, L.L.C.*

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
Linda M. Fong (SBN 124232)
*lfong@kaplanfox.com*
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

KENNY NACHWALTER, PA

By: ___*/s/ Scott Perwin*________

Scott Eliot Perwin

Scott Eliot Perwin
*sperwin@kennynachwalter.com*
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

*Attorneys for Plaintiffs Safeway Inc., Walgreen Co., The Kroger Co., New Albertson's, Inc., American Sales Company, Inc., and HEB Grocery Company, LP.*

Robert N. Kaplan (*Pro Hac Vice*)
*rkaplan@kaplanfox.com*
Linda P. Nussbaum (*Pro Hac Vice*)
*lnussbaum@kaplanfox.com*
John D. Radice (*Pro Hac Vice*)
*jradice@kaplanfox.com*
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Lead Counsel for Meijer, Inc. and Meijer Distribution, Inc.*

BERGER & MONTAGUE, P.C.
Daniel Berger
*danberger@bm.net*
Eric L. Cramer (*Pro Hac Vice*)
*ecramer@bm.net*
David F. Sorensen
*dsorensen@bm.net*
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

*Lead Counsel for Rochester Drug Cooperative, Inc.*

GARWIN GERSTEIN & FISHER, LLP
Bruce E. Gerstein (*Pro Hac Vice*)
*bgerstein@garwingerstein.com*
Noah H. Silverman (*Pro Hac Vice*)
*nsilverman@garwingerstein.com*
1501 Broadway, Suite 1416
New York, New York 10036
Telephone: (212) 398-0055
Facsimile: (212) 764-6620

*Lead Counsel for Louisiana Wholesale Drug Co., Inc.*

ODOM & DES ROCHES, LLP
John Gregory Odom (*Pro Hac Vice*)
*dodom@odrlaw.com*
Stuart E. Des Roches (*Pro Hac Vice*)
*stuart@odrlaw.com*
John Alden Meade (*Pro Hac Vice*)
*jmeade@odrlaw.com*
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Telephone: (504) 522-0077
Facsimile: (504) 522-0078

PERCY SMITH & FOOTE, LLP
David P. Smith (*Pro Hac Vice*)
*dpsmith@psfllp.com*
W. Ross Foote (*Pro Hac Vice*)
*rfoote@psfllp.com*
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Telephone: (318) 445-4480
Facsimile: (318) 487-1741

KOZYAK TROPIN & THROCKMORTON
Tucker Ronzetti (*Pro Hac Vice*)
*tr@kttlaw.com*
Adam Moskowitz (*Pro Hac Vice*)
*amm@kttlaw.com*
2800 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2335
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

AUBERTINE DRAPER ROSE, LLP
Andrew E. Aubertine (*Pro Hac Vice*)
*aa@adr-portland.com*
1211 SW Sixth Avenue
Portland, Oregon 97204
Telephone: (503) 221-4570
Facsimile: (503) 221-4590

LAW OFFICES OF JOSHUA P. DAVIS
Joshua P. Davis (State Bar No. 193254)
*davisj@usfca.edu*
437A Valley Street
San Francisco, CA 94131
Telephone: (415) 422-6223

VANEK, VICKERS & MASINI, P.C.
Joseph M. Vanek (*Pro Hac Vice*)
*jvanek@vaneklaw.com*
David P. Germaine (*Pro Hac Vice*)
*dgermaine@vaneklaw.com*
111 South Wacker Drive, Suite 4050
Chicago, IL 60606
Telephone: (312) 224-1500
Facsimile: (312) 224-1510

SPERLING & SLATER
Paul E. Slater (*Pro Hac Vice*)
*pes@sperling-law.com*
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone: (312) 641-3200
Facsimile: (312) 641-6492

*Additional Plaintiffs' Counsel*

**CERTIFICATION OF ACCEPTABILITY**

I, Joseph Saveri, attest that the content of this document is acceptable to all persons required to sign it, including Nicole Norris, counsel for defendant Abbott Laboratories; Alex Wiles, counsel for plaintiff Smithkline Beecham Corporation; Steve Shadowen, counsel for plaintiffs Rite Aid Corporation *et al*.; and Scott Perwin, counsel for Plaintiffs Safeway Inc. *et al*.

By: *_/s/ Joseph R. Saveri_*
Joseph R. Saveri

It is SO ORDERED.

DATED: ______________

___________________________________
HONORABLE CLAUDIA WILKEN