1    Joseph R. Saveri (State Bar No. 130064)
     *jsaveri@lchb.com*
2    Eric B. Fastiff (State Bar No. 182260)
     *efastiff@lchb.com*
3    Brendan Glackin (State Bar No. 199643)
     *bglackin@lchb.com*
4    LIEFF, CABRASER, HEIMANN
     & BERNSTEIN, LLP
5    275 Battery Street, 30th Floor
     San Francisco, CA  94111-3339
6    Telephone:  (415) 956-1000
     Facsimile:  (415) 956-1008
7

   *Attorneys for Individual and Representative Plaintiff*
8    *Rochester Drug Co-Operative, Inc.*

9

                 UNITED STATES DISTRICT COURT
10

                 NORTHERN DISTRICT OF CALIFORNIA
11

                     (OAKLAND DIVISION)
12

13

14 | MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | Case No. C 07-5985 CW |
| --- | --- |
15 | | ***EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
16 | Plaintiffs, | |
17 | v. | |
18 | ABBOTT LABORATORIES, | |
19 | Defendant. | |
20 | ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6010 CW |
21 | | ***EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
22 | Plaintiff, | |
23 | v. | |
24 | ABBOTT LABORATORIES, | |
25 | Defendant. | |
26 | | |
27 | --[*caption continues next page*]-- | |

28

761428.1           -1-           *EX PARTE* APPLICATION
                                      CASE NOS. 04-01511-CW; CV-07-6010-CW

LOUISIANA WHOLESALE DRUG
COMPANY, INC., on behalf of itself
and all others similarly situated,

            Plaintiff,

    v.

ABBOTT LABORATORIES,

            Defendant.

Case No. C 07-6118 CW

***EX PARTE* APPLICATION TO FILE
DOCUMENTS UNDER SEAL**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

      The Direct Purchaser Class Plaintiffs, by and through their counsel, respectfully

ask the Court, on an *ex parte* basis, for an order permitting them to file under seal:

- Direct Purchaser Class Plaintiffs' Notice of Motion and Motion for Class
  Certification (the "Motion");

- Class Certification Declaration of Hal Singer, Ph.D. (the "Declaration").

Plaintiffs request that the Declaration be filed under seal in its entirety pursuant to Local Rule 79-

5(d) because it pervasively refers to documents that defendant Abbott Laboratories has designated

"confidential" pursuant to the protective order.  Plaintiffs request that the Motion be sealed in

part, to the extent it refers to the Declaration.  Plaintiffs have lodged with the court the Motion, a

redacted Motion, and the Declaration in accordance with Local Rule 79-5(d).

Dated: May 5, 2008

                        Respectfully submitted,

                        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                        By:_____/s/Brendan Glackin_____

                        Joseph R. Saveri (State Bar No. 130064)
                        Eric B. Fastiff (State Bar No. 182260)
                        Brendan Glackin (State Bar No. 199643)
                        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                        275 Battery Street, 30th Floor
                        San Francisco, CA  94111-3339
                        Telephone:  (415) 956-1000
                        Facsimile:  (415) 956-1008

                        *Attorneys for Individual and Representative Plaintiff*
                        *Rochester Drug Co-Operative, Inc.*