Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
Brendan Glackin (State Bar No. 199643)
*bglackin@lchb.com*
LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Individual and Representative Plaintiff*
*Rochester Drug Co-Operative, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>             Defendant. | Case No. C 07-5985 CW<br><br><br>**MANUAL FILING NOTIFICATION:  CLASS CERTIFICATION DECLARATION OF HAL SINGER** |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>             Defendant. | Case No. C 07-6010 CW<br><br>**MANUAL FILING NOTIFICATION:  CLASS CERTIFICATION DECLARATION OF HAL SINGER** |
| --*[caption continues next page]*-- | |

1

2   LOUISIANA WHOLESALE DRUG            Case No. C 07-6118 CW
    COMPANY, INC., on behalf of itself
3   and all others similarly situated,      **MANUAL FILING NOTIFICATION:  CLASS**
                                            **CERTIFICATION DECLARATION OF HAL**
4                   Plaintiff,              **SINGER**

5        v.

6   ABBOTT LABORATORIES,

7                   Defendant.

8                   **MANUAL FILING NOTIFICATION**

9   Regarding:    Class Certification Declaration of Hal Singer, Ph.D.

10
    This filing is in paper or physical form only, and is being maintained in the case
11  file in the Clerk's office.  If you are a participant in this case, this filing
    will be served in hard-copy shortly.  For information on retrieving this filing
12  directly from the court, please see the court's main web site at
    http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
13

14  This filing was not efiled for the following reason(s):

15  [_] Voluminous Document (PDF file size larger than the efiling system allows)

16  [_] Unable to Scan Documents

17  [_] Physical Object (description): _____

18  _____

19  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

20  [X] Item Under Seal

21  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

22  [_] Other (description): _____

23  _____

24

25

26

27

28

761445.1                      -2-           MANUAL FILING NOTIFICATION
                                       CASE NOS. C07-5985(CW); C07-6010(CW); C07-6118(CW)

1    Dated: May 5, 2008                Respectfully submitted,

2                                      LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

3

4                                      By:_____/s/ Brendan Glackin_____

5
                                       Joseph R. Saveri (State Bar No. 130064)
6                                      Eric B. Fastiff (State Bar No. 182260)
                                       Brendan Glackin (State Bar No. 199643)
7                                      LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                       275 Battery Street, 30th Floor
8                                      San Francisco, CA  94111-3339
                                       Telephone:  (415) 956-1000
9                                      Facsimile:  (415) 956-1008

10                                     *Attorneys for Individual and Representative Plaintiff
                                       Rochester Drug Co-Operative, Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28