1 | Joseph R. Saveri (SBN 130064)
*jsaveri@lchb.com*
2 | Eric B. Fastiff (SBN 182260)
*efastiff@lchb.com*
3 | Brendan Glackin (SBN 199643)
*bglackin@lchb.com*
4 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
5 | 275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
6 | Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Individual and Representative Plaintiff*
*Rochester Drug Co-Operative, Inc.*

Charles M. Kagay (SBN 073377)
*cmk@slksf.com*
SPIEGEL, LIAO & KAGAY
388 Market Street, Suite 900
San Francisco, CA 94111
Telephone:  (415) 956-5959
Facsimile:  (415) 362-1431

*Attorneys for Individual and Representative Plaintiff*
*Louisiana Wholesale Drug Company, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　Defendant.<br><br>--[*caption continues next page*]-- | Case No. C 07-5985 CW<br><br>**APPENDIX OF UNPUBLISHED AUTHORITY IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Date:　August 7, 2008<br>Time:　2:00 p.m.<br>Place:　Courtroom 2, 4th Floor<br>Judge:　Hon. Claudia Wilken |

761203.1

APPENDIX OF UNPUBLISHED AUTHORITY
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　Defendant. | Case No. C 07-6010 CW<br><br>**Hon. Claudia Wilken** |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　Defendant. | Case No. C 07-6118 CW<br><br>**Hon. Claudia Wilken** |

## **APPENDIX**

| | |
|---|---|
| Tab A | *In re K-Dur Antitrust Litig.*, No. 01-1652, "Special Master's Report and Recommendation on the Direct Purchaser Plaintiffs' Motion for Class Certification" (D.N.J. April 14, 2008). |
| Tab B | *Louisiana Wholesale Drug Co., Inc. v. Sanofi-Aventis*, No. 07-7343, "Order Granting Class Certification" (S.D.N.Y. April 8, 2008). |
| Tab C | *In re Wellbutrin SR Direct Purchaser Antitrust Litig.*, No. 04-5525, "Memorandum and Order" (E.D. Pa. May 2, 2008) |