1  Joseph R. Saveri (SBN 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (SBN 182260)
   *efastiff@lchb.com*
3  Brendan Glackin (SBN 199643)
   *bglackin@lchb.com*
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
5  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
7
   *Attorneys for Individual and Representative Plaintiff*
8  *Rochester Drug Co-Operative, Inc.*

9  Charles M. Kagay (SBN 073377)
   *cmk@slksf.com*
10 SPIEGEL, LIAO & KAGAY
   388 Market Street, Suite 900
11 San Francisco, CA 94111
   Telephone:  (415) 956-5959
12 Facsimile:  (415) 362-1431

13 *Attorneys for Individual and Representative Plaintiff*
   *Louisiana Wholesale Drug Company, Inc.*
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          (OAKLAND DIVISION)

18

| | |
|---|---|
| 19  MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>             Defendant.<br><br>--[*caption continues next page*]-- | Case No. C 07-5985 CW<br><br>**PROOF OF SERVICE VIA ELECTRONIC MAIL (EMAIL)**<br><br>Date:     August 7, 2008<br>Time:    2:00 p.m.<br>Place:    Courtroom 2, 4th Floor<br>Judge:   Hon. Claudia Wilken |

27

28

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　Defendant. | Case No. C 07-6010 CW<br><br>**Hon. Claudia Wilken** |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　Defendant. | Case No. C 07-6118 CW<br><br>**Hon. Claudia Wilken** |

761514.1

PROOF OF SERVICE VIA EMAIL
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

I, the undersigned, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco, California 94111-3339. On May 5, 2008, I served copies of documents entitled:

1. **CLASS CERTIFICATION DECLARATION OF HAL SINGER, PH.D.;**

2. **DIRECT PURCHASER CLASS PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION;**

☒   by electronic mail (e-mail) to the following parties at the e-mail address listed:

> Nicole M. Norris
> WINSTON & STRAWN, LLP
> 101 California Street, Suite 3900
> San Francisco, CA 94111-5894
> nnorris@winston.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed this May 5, 2008.

        /s/ *Brendan Glackin*
        Brendan Glackin