

Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com;
spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20007
Telephone:    202-282-5000
Facsimile:    202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**Winston & Strawn LLP**
**35 W. Wacker Drive**
**Chicago, IL 60601-9703**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | **Case No. C 07-5985 CW** |
| Plaintiffs, | *Related by Order to:* |
| | *Case No. C 04-1511 CW* |
| vs. | **STIPULATED BRIEFING SCHEDULE AND [PROPOSED] ORDER FOR DEFENDANT'S MOTION TO COMPEL DISCOVERY** |
| ABBOTT LABORATORIES, | |
| Defendant. | |
| [caption continues next page] | The Honorable Judge Wilken |

**Winston & Strawn LLP**
**35 W. Wacker Drive**
**Chicago, IL 60601-9703**

1    ROCHESTER DRUG CO-OPERATIVE, INC., )    **Case No. C 07-6010 CW**
     on behalf of itself and all others similarly )
2    situated,                             )    *Related by Order to:*
                                           )
3              Plaintiffs,                 )    *Case No. C 04-1511 CW*
                                           )
4         vs.                              )    **STIPULATED BRIEFING SCHEDULE**
                                           )    **AND [PROPOSED] ORDER FOR**
5    ABBOTT LABORATORIES,                  )    **DEFENDANT'S MOTION TO COMPEL**
                                           )    **DISCOVERY**
6              Defendant.                  )
                                           )    The Honorable Judge Wilken
7                                          )
                                           )
8                                          )
                                           )
9                                          )
     LOUISIANA WHOLESALE DRUG             )    **Case No. C 07-6118 CW**
10   COMPANY, INC., on behalf of itself and all )
     others similarly situated,            )    *Related by Order to:*
11                                         )
               Plaintiffs,                 )    *Case No. C 04-1511 CW*
12                                         )
          vs.                              )    **STIPULATED BRIEFING SCHEDULE**
13                                         )    **AND [PROPOSED] ORDER FOR**
     ABBOTT LABORATORIES,                  )    **DEFENDANT'S MOTION TO COMPEL**
14                                         )    **DISCOVERY**
               Defendant.                  )
15                                              The Honorable Judge Wilken

16        WHEREAS Meijer, Inc., Meijer Distribution, Inc., Rochester Drug Co-operative, Inc., and

17   Louisiana Wholesale Drug Company, Inc. ("Plaintiffs") filed a Motion for Class Certification,

18   Docket No. 62, with this Court on May 5, 2008;

19        WHEREAS under the current briefing schedule Abbott Laboratories ("Abbott") is required

20   to file an opposition brief to the Motion for Class Certification on June 16, 2008, in which Abbott

21   will argue, among other things, that a fundamental conflict exists within the putative class of direct

22   purchasers of Norvir and/or Kaletra such that class certification should be denied under Rule 23(a);

23        WHEREAS the parties disagree about whether Abbott is entitled to "downstream"

24   discovery—*i.e.*, discovery regarding prices charged by direct purchasers to their customers for the

25   pharmaceutical products at issue—to support its contention that a fundamental conflict exists among

26   the putative class members;

27        WHEREAS the Plaintiffs deny that any conflict exists between the named class members and

28   some unidentified absent class members, let alone a "fundamental conflict," and further deny that the

**Winston & Strawn LLP**
**35 W. Wacker Drive**
**Chicago, IL 60601-9703**

1   discovery sought by Abbott could in any way bear on such unexplained conflict;

2        WHEREAS the parties have met and conferred on several occasions in an unsuccessful effort

3   to resolve this disagreement;

4        WHEREAS on Monday, May 12, 2008, Abbott will move this Court for an order compelling

5   Plaintiffs to comply with its requests to produce certain "downstream" discovery in time for

6   Abbott's response to the Motion for Class Certification;

7        WHEREAS Plaintiffs dispute that Abbott needs this discovery to respond to Plaintiffs'

8   Motion for Class Certification, but are nevertheless agreeing to this schedule;

9        WHEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the

10  undersigned counsel for Plaintiffs and for Abbott that the parties will abide by the following briefing

11  schedule:

12       1.      Abbott's motion to compel production of documents and an interrogatory response

13               will be filed on May 12, 2008;

14       2.      Plaintiff's opposition to Abbott's Motion to Compel will be filed by May 23,

15               2008;

16       3.      Abbott's reply will be filed by May 30, 2008;

17       The parties respectfully request a telephonic hearing on the Motion to Compel on June 5,

18  2008, at 2 p.m., or at a date and time of the Court's earliest convenience following the completion of

19  briefing on the Motion.

20  Dated: May 12, 2008                          Respectfully submitted,

21

22
    By:   /s/ Charles B. Klein *for*          By:   /s/ Charles B. Klein
23        Daniel Berger                              Charles B. Klein, *Pro Hac Vice*
          Eric L. Cramer, *Pro Hac Vice*            WINSTON & STRAWN LLP
24        BERGER & MONTAGUE, P.C.                   1700 K Street, NW
          1622 Locust Street                        Washington, DC 20006
25        Philadelphia, PA 19103                    Telephone Number:   (202) 282-5000
          Telephone: (215) 875-3000                 Facsimile Number:   (202) 282-5100
26        Facsimile: (215) 875-4604                 Email: cklein@winston.com
          Email: danberger@bm.net
27
                                                    *Attorney for Defendant*
28        *Counsel for Plaintiff*                   *Abbott Laboratories*

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

*Rochester Drug Cooperative, Inc.*

By: /s/ Charles B. Klein *for*             By: /s/ Charles B. Klein *for*
    Bruce E. Gerstein, *Pro Hac Vice*          Linda P. Nussbaum, *Pro Hac Vice*
    Noah H. Silverman, *Pro Hac Vice*          John D. Radice, *Pro Hac Vice*
    GARWIN GERSTEIN & FISHER, LLP         KAPLAN FOX & KILSHEIMER, LLP
    1501 Broadway, Suite 1416                  850 Third Avenue, 14th Floor
    New York, NY  10036                        New York, NY 10022
    Telephone: (212) 398-0055                  Telephone: (212) 687-1980
    Facsimile: (212) 764-6620                  Facsimile: (212) 687-7714
    Email: bgerstein@garwingerstein.com        Email: lnussbaum@kaplanfox.com

    *Counsel for Plaintiff Louisiana*          *Counsel for Plaintiffs Meijer, Inc. and*
    *Wholesale Drug Co., Inc.*                  *Meijer Distribution, Inc.*

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED**

Dated: _____        By: _____
                                           The Honorable Claudia Wilken
                                           United States District Court
                                           Northern District of California

**Winston & Strawn LLP**
**35 W. Wacker Drive**
**Chicago, IL 60601-9703**

**GENERAL ORDER 45 ATTESTATION**

I, Charles B. Klein, am the ECF User whose ID and password was used to file this Stipulated Briefing Schedule and [Proposed] Order for Defendant's Motion to Compel Discovery. In compliance with General Order 45, X.B., I hereby attest that Daniel Simons, Eric Cramer, John Radice, Andrew Aubertine, David Raphael, and David Germaine, counsel for Plaintiffs, concurred in this filing.

Dated: May 12, 2008

By:    /s/ Charles B. Klein
          Charles B. Klein
          WINSTON & STRAWN LLP
          Counsel for Defendant