Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone:    202-282-5000
Facsimile:    202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant.<br><br>[caption continues next page] | **Case No. C 07-5985 CW**<br><br>*Related by Order to:*<br><br>*Case No. C 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

CASE NOS. C 07-5985, C 07-6010, C 07-6118 –
[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | **Case No. C 07-6010 CW**<br><br>*Related by Order to:*<br><br>*Case No. C 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**<br><br>The Honorable Judge Wilken |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | **Case No. C 07-6118 CW**<br><br>*Related by Order to:*<br><br>*Case No. C 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**<br><br>The Honorable Judge Wilken |

1  Having reviewed Plaintiffs' Motion for Administrative Relief to File Certain Documents In Support Of Plaintiffs' Motion For Class Certification Under Seal, as well as the Declaration of Charles B. Klein in support of said motion, the Court rules as follows:

IT IS HEREBY ORDERED:

Defendant Abbott Laboratories has established that certain information filed by Plaintiffs, but designated confidential by Abbott is sealable. Accordingly, the following documents SHALL BE SEALED:

- Portions of the Direct Purchaser Class Plaintiffs' Notice of Motion and Motion for Class Certification, as redacted by Plaintiffs;
- Portions of the Declaration of Hal Singer, Ph.D, as redacted by Defendant.

Dated: _____

_____
THE HONORABLE CLAUDIA WILKEN

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894