IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIJER, INC., et al.,<br>      Plaintiffs,<br>  v.<br>ABBOTT LABORATORIES,<br>      Defendant.<br>_____ | No. C 07-05985 CW |
| ROCHESTER DRUG CO-OPERATIVE, INC.<br>      Plaintiff,<br>  v.<br>ABBOTT LABORATORIES,<br>      Defendant.<br>_____ | No. C 07-06010 CW |
| LOUISIANA WHOLESALE DRUG COMPANY, INC.,<br>      Plaintiff,<br>  v.<br>ABBOTT LABORATORIES,<br>      Defendant.<br>_____/ | No. C 07-06118 CW<br><br>**AMENDED** CLERK'S<br>NOTICE TAKING MOTION<br>UNDER SUBMISSION |

Notice is hereby given that the Court, on its own motion, shall take Defendant Abbott Laboratories' Motion to Compel Production of Documents and Interrogatory Responses under

submission on the papers.  The hearing previously scheduled for June 5, 2008, is vacated.  **Opposition to the motion will be due May 23, 2008, and any reply will be due May 30, 2008.**

Dated: 5/19/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk

**United States District Court**
For the Northern District of California