| | |
|---|---|
| 1 | Joseph R. Saveri (SBN 130064) |
| | *jsaveri@lchb.com* |
| 2 | Eric B. Fastiff (SBN 182260) |
| | *efastiff@lchb.com* |
| 3 | Brendan Glackin (SBN 199643) |
| | *bglackin@lchb.com* |
| 4 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | Embarcadero Center West |
| 5 | 275 Battery Street, 30th Floor |
| | San Francisco, CA 94111-3339 |
| 6 | Telephone: (415) 956-1000 |
| | Facsimile: (415) 956-1008 |
| 7 | |
| | *Attorneys for Plaintiffs* |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | | |
|---|---|---|
| 13 | MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | Case No. C 07-5985 CW |
| 14 | | **Hon. Claudia Wilken** |
| 15 | Plaintiffs, | **APPENDIX OF UNPUBLISHED AUTHORITY IN SUPPORT OF THE OPPOSITION OF PLAINTIFFS MEIJER, INC., MEIJER DISTRIBUTION, INC., ROCHESTER DRUG CO-OPERATIVE, INC., AND LOUISIANA WHOLESALE DRUG COMPANY, INC. TO DEFENDANT ABBOTT LABORATORIES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES** |
| 16 | v. | |
| 17 | ABBOTT LABORATORIES, | |
| 18 | Defendant. | |
| 19 | | |
| 20 | | |
| 21 | ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6010 CW |
| 22 | | **Hon. Claudia Wilken** |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | ABBOTT LABORATORIES, | |
| 26 | Defendant. | |
| 27 | | |
| 28 | --[*caption continues next page*]-- | |

| | | |
|---|---|---|
| 1 | LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6118 CW |
| 2 | | **Hon. Claudia Wilken** |
| 3 | | |
| 4 | Plaintiff, | |
| 5 | v. | |
| 6 | ABBOTT LABORATORIES, | |
| 7 | Defendant. | |

**APPENDIX OF UNPUBLISHED AUTHORITY IN SUPPORT OF THE OPPOSITION OF PLAINTIFFS MEIJER, INC., MEIJER DISTRIBUTION, INC., ROCHESTER DRUG CO-OPERATIVE, INC., AND LOUISIANA WHOLESALE DRUG COMPANY, INC. TO DEFENDANT ABBOTT LABORATORIES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES**

| *Tab* | *Title* |
|---|---|
| A | *In re K-Dur Antitrust Litig.*, No. 01-1652, Special Master's Report and Recommendation Regarding The Appeal of Magistrate Judge G. Donald Haneke's Discovery Order of March 24, 2005 Filed by Defendants, Schering-Plough Corporation and Upsher-Smith Laboratories, Inc., and the Cross-Appeal Filed by the Direct Purchaser Plaintiffs (D.N.J. Jan. 2, 2007) |
| B | *In re K-Dur Antitrust Litig.*, No. 01-1652, Special Master's Report and Recommendation on the Direct Purchaser Plaintiffs' Motion for Class Certification (D.N.J. Apr. 14, 2008) |
| C | *In re Tricor Direct Purchaser Antitrust Litig.*, C.A. No. 05-340, Order (KAJ) (D. Del. Mar. 6, 2006) |
| D | *In re Tricor Direct Purchaser Antitrust Litig.*, C.A. No. 05-340 (KAJ), Transcript of Proceedings Before the Honorable Kent A. Jordan (Mar. 3, 2006) |
| E | *Lumco Industries, Inc. v. Jeld-Wen, Inc.,* No. 96-CV-2125 (E.D. Pa. May 16, 1997) |
| F | *In re Carbon Dioxide Antitrust Litig.,* MDL 940 (M.D. Fla. Nov. 19, 1993) |
| G | *In re Carbon Dioxide Antitrust Litig.,* MDL 940 (M.D. Fla. Dec. 10, 1992) |
| H | *In re Terazosin Hydrochloride Antitrust Litigation*, Case Nos. 98-3125, 99-7143, Omnibus Order (1) Granting Motion for Certification of the Proposed Direct Purchaser ("Sherman Act") Class; (2) Granting Motion for Preliminary Approval, of the Proposed Settlement; (3) Granting Motion for Approval of the Form and Manner of Notice to the Class; and (4) Granting Motion for Setting Certain Deadlines |

764072.1 — - 1 - — APPENDIX OF UNPUBLISHED AUTHORITY
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW