1  Joseph R. Saveri (SBN 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (SBN 182260)
   *efastiff@lchb.com*
3  Brendan Glackin (SBN 199643)
   *bglackin@lchb.com*
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
5  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
7
   *Attorneys for Plaintiffs*
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          (OAKLAND DIVISION)

12

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5985 CW<br><br>**Hon. Claudia Wilken**<br><br>**DECLARATION OF BRENDAN GLACKIN IN SUPPORT OF THE OPPOSITION OF PLAINTIFFS MEIJER, INC., MEIJER DISTRIBUTION, INC., ROCHESTER DRUG CO-OPERATIVE, INC., AND LOUISIANA WHOLESALE DRUG COMPANY, INC. TO DEFENDANT ABBOTT LABORATORIES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES** |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6010 CW<br><br>**Hon. Claudia Wilken** |
| --[*caption continues next page*]-- | |

764077.1

DECLARATION OF BRENDAN GLACKIN
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6118 CW<br><br>**Hon. Claudia Wilken** |

I, Brendan Glackin, declare:

1. I am an attorney admitted to practice in this Court. I am an associate with Lieff, Cabraser, Heimann, & Bernstein, LLP.

2. I submit this declaration in support of the Opposition of Plaintiffs Meijer, Inc., Meijer Distribution, Inc., Rochester Drug Co-operative, Inc., and Louisiana Wholesale Drug Company, Inc. to Defendant Abbott Laboratories' Motion to Compel Production of Documents and Interrogatory Responses.

3. Attached to this declaration are true and correct copies of the following documents.

| *Exh. No.* | *Description* |
|---|---|
| 1 | Letter from Howard D. Scher to the Honorable Claudia Wilken, dated May 19, 2008 |
| 2 | Letter from Thomas L. Long to the Honorable Claudia Wilken, dated May 19, 2008 |
| 3 | Letter from Peter K. Huston to the Honorable Claudia Wilken, dated May 19, 2008 |
| 4 | Declaration of Laurence F. Doud, dated May 20, 2008 |
| 5 | Declaration of Gayle R. White, dated May 22, 2008 |
| 6 | Declaration of Kevin Hurn, dated May 22, 2008 |
| 7 | Subpoena to Allion Healthcare, Inc. (May 14, 2008) |
| 8 | Subpoena to AmerisourceBergen Corp. (May 14, 2008) |
| 9 | Subpoena to Arrow Pharmacy, Inc. (May 14, 2008) |
| 10 | Subpoena to BioScrip, Inc. (May 14, 2008) |

| | | |
|---|---|---|
| | 11 | Subpoena to Cardinal Health, Inc. (May 14, 2008) |
| | 12 | Subpoena to Free Medical Clinic of Cleveland (May 14, 2008) |
| | 13 | Subpoena to McKesson Corp. (May 14, 2008) |
| | 14 | Subpoena to Medco Health Solutions, Inc. (May 14, 2008) |
| | 15 | Subpoena to Parkland Health and Hospital Systems (May 14, 2008) |
| | 16 | Subpoena to Smith Drug Co. (May 14, 2008) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Francisco, California, this 23rd day of May, 2008.

/s/ Brendan Glackin
Brendan Glackin