# Exhibit 5

Case 4:07-cv-06118-CW     Document 85-6     Filed 05/23/2008     Page 1 of 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5985 CW<br><br>**Hon. Claudia Wilken** |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6010 CW<br><br>**Hon. Claudia Wilken**<br><br>**DECLARATION OF GAYLE R. WHITE CONCERNING BURDENSOMENESS OF DISCOVERY OF LOUISIANA WHOLESALE DRUG COMPANY, INC.'S SALES AND PROFITS ON ANTIRETROVIRAL PHARMACEUTICALS** |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6118 CW<br><br>**Hon. Claudia Wilken** |

I, Gayle R. White, a person of the full age of majority, do declare as follows:

1. My name is Gayle R. White and I am employed as the President and Chief Executive Officer of Louisiana Wholesale Drug Company, Inc. ("LWD"), a plaintiff in this litigation.

2. LWD purchased Norvir and Kaletra directly from defendant Abbott Laboratories ("Abbott") for many years and continues to do so today.

3. I have reviewed the Document Requests and Interrogatories propounded by Defendant as well as the responses and objections prepared on behalf of LWD in response to these discovery requests.

4. I understand that Abbott is seeking to compel the production of documents and data reflecting LWD's sales of Norvir, Kaletra, Lexiva, and Reyataz and (potentially) many other antiretroviral drugs to its customers. I further understand that Abbott is seeking information concerning LWD's profitability on these downstream sales transactions.

5. Gathering and producing the documents and data requested by Abbott in the disputed discovery requests at issue would entail significant expense and burden on LWD. Responding to Abbott's request would require LWD to review tens (if not hundreds) of thousands of transactions reflecting our sales of the relevant products to hundreds of customers over many years. This would involve gathering paper and electronic records from a number of sources including computer systems. It would be extremely expensive, time-consuming, and laborious.

6. In addition, the requested information, which includes the names of LWD's customers, is extremely sensitive and highly confidential.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct.
3
4  Dated:   May 22, 2008                           _____
5                                                           GAYLE R. WHITE