# Exhibit 6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>        Defendant. | Case No. C 07-5985 CW<br><br>**Hon. Claudia Wilken** |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>       Defendant. | Case No. C 07-6010 CW<br><br>**Hon. Claudia Wilken**<br><br>**DECLARATION OF KEVIN HURN CONCERNING BURDENSOMENESS OF DISCOVERY THE SALES AND PROFITS OF MEIJER, INC. AND MEIJER DISTRIBUTION, INC. ON <u>ANTIRETROVIRAL PHARMACEUTICALS</u>** |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>       Defendant. | Case No. C 07-6118 CW<br><br>**Hon. Claudia Wilken** |

I, Kevin Hurn, do declare as follows:

1. My name is Kevin Hurn, and I am employed as the Merchandise Manager for the purchase of prescription drugs by Meijer, Inc. and Meijer Distribution, Inc. ("Meijer"), a plaintiff in this litigation.

2. Meijer (through its assignment from Frank W. Kerr Co.) purchases Norvir and Kaletra directly from defendant Abbott Laboratories ("Abbott") and has done so for many years and continues to do so today.

3. I have reviewed the Document Requests and Interrogatories propounded by Defendant as well as the responses and objections prepared on behalf of Meijer in response to these discovery requests.

4. I understand that Abbott is seeking to compel the production of documents and data reflecting Meijer's sales of Norvir, Kaletra, Lexiva, and Reyataz and (potentially) many other antiretroviral drugs to its customers. I further understand that Abbott is seeking information concerning Meijer's profitability on these downstream sales transactions.

5. Gathering and producing the documents and data requested by Abbott in the disputed discovery requests at issue would entail significant expense and burden on Meijer. Responding to Abbott's request would require Meijer to review tens (if not hundreds) of thousands of transactions reflecting our sales of the relevant products to hundreds of customers over many years. This would involve gathering paper and electronic records from a number of sources including computer systems. It would be extremely expensive, time-consuming, and laborious.

6. In addition, the requested information, which includes the names of Meijer's customers, is extremely sensitive and highly confidential.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 22, 2008

_____
Kevin Hurn

3