Joseph R. Saveri (SBN 130064)
jsaveri@lchb.com
Eric B. Fastiff (SBN 182260)
efastiff@lchb.com
Brendan Glackin (SBN 199643)
bglackin@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Individual and Representative Plaintiff
Rochester Drug Co-Operative, Inc.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-5985 CW<br><br>**DIRECT PURCHASER CLASS PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ENTRY OF PROPOSED PRETRIAL ORDER NO. 1 (UNOPPOSED)**<br><br>Date: July 24, 2008<br>Time: 2:00 PM<br>Court: Courtroom 2, 4th Floor |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6010 CW<br><br>**Hon. Claudia Wilken** |
| --[*caption continues next page*]-- | |

763462.1

DPC PTFS' MTN FOR ENTRY OF PROPOSED
PRETRIAL ORDER #1
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No. C 07-6118 CW<br><br>**Hon. Claudia Wilken** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

  Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure and the *Manual on Complex Litigation (Fourth)*, and for the reasons set forth in the accompanying Memorandum of Law, plaintiffs in the three above-captioned antitrust class actions (collectively, "Plaintiffs") respectfully move for entry of the proposed Pretrial Order No. 1, attached to as Exhibit 1 to the supporting Memorandum of Law. PTO No. 1 would consolidate the three pending related class actions, and appoint interim co-lead class counsel.

  Counsel for Plaintiffs have met and conferred with counsel for the Defendant, and all parties support entry of proposed Pretrial Order No. 1.

Dated: June 6, 2008    Respectfully submitted,

/s/ Eric Cramer
Eric L. Cramer, *Pro Hac Vice*
Email: ecramer@bm.net
Daniel C. Simons
Email: dsimons@bm.net
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

*Counsel for Plaintiff Rochester Drug Cooperative, Inc.*

```
```

Linda P. Nussbaum, *Pro Hac Vice*
Email: lnussbaum@kaplanfox.com
John D. Radice, *Pro Hac Vice*
Email: jradice@kaplanfox.com
**KAPLAN FOX & KILSHEIMER, LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Counsel for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc.*

Bruce E. Gerstein, *Pro Hac Vice*
Email: bgerstein@garwingerstein.com
Noah H. Silverman, *Pro Hac Vice*
Email: nsilverman@garwingerstein.com
**GARWIN GERSTEIN & FISHER, LLP**
1501 Broadway, Suite 1416
New York, NY 10036
Telephone: (212) 398-0055
Facsimile: (212) 764-6620

*Counsel for Plaintiff Louisiana Wholesale Drug Co., Inc.*

John Gregory Odom, *Pro Hac Vice*
Email: greg@odrlaw.com
Stuart E. Des Roches, *Pro Hac Vice*
Email: stuart@odrlaw.com
John Alden Meade, *Pro Hac Vice*
Email: jmeade@odrlaw.com
**ODOM & DES ROCHES, LLP**
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Telephone: (504) 522-0077
Facsimile: (504) 522-0078

David P. Smith, *Pro Hac Vice*
Email: dpsmith@psfllp.com
W. Ross Foote, *Pro Hac Vice*
Email: rfoote@psfllp.com
**PERCY SMITH & FOOTE, LLP**
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Telephone: (318) 445-4480
Facsimile: (318) 487-1741

763462.1

DPC PTFS' MTN FOR ENTRY OF PROPOSED
PRETRIAL ORDER #1
CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

| | |
|---|---|
| 1 | Joshua P. Davis (State Bar No. 193254) |
|  | Email: davisj@usfca.edu |
| 2 | **LAW OFFICES OF JOSHUA P. DAVIS** |
|  | 437A Valley Street |
| 3 | San Francisco, CA 94131 |
|  | Telephone: (415) 422-6223 |
| 4 | |
|  | Joseph R. Saveri (SBN 130064) |
| 5 | Email: jsaveri@lchb.com |
|  | Eric B. Fastiff (SBN 182260) |
| 6 | Email: efastiff@lchb.com |
|  | Brendan Glackin (SBN 199643) |
| 7 | Email: bglackin@lchb.com |
|  | **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP** |
| 8 | Embarcadero Center West |
|  | 275 Battery Street, 30th Floor |
| 9 | San Francisco, CA 94111-3339 |
|  | Telephone: (415) 956-1000 |
| 10 | Facsimile: (415) 956-1008 |
| 11 | Joseph M. Vanek, *Pro Hac Vice* |
|  | Email: jvanek@vaneklaw.com |
| 12 | David P. Germaine, *Pro Hac Vice* |
|  | Email: dgermaine@vaneklaw.com |
| 13 | **VANEK, VICKERS & MASINI, P.C.** |
|  | 111 South Wacker Drive, Suite 4050 |
| 14 | Chicago, IL 60606 |
|  | Telephone: (312) 224-1500 |
| 15 | Facsimile: (312) 224-1510 |
| 16 | Andrew E. Aubertine, *Pro Hac Vice* |
|  | Email: aa@adr-portland.com |
| 17 | **AUBERTINE DRAPER ROSE, LLP** |
|  | 1211 S.W. Sixth Avenue |
| 18 | Portland, OR 97204 |
|  | Telephone: (503) 221 4570 |
| 19 | Facsimile: (503) 221 4590 |
| 20 | Charles M. Kagay (SBN 073377) |
|  | Email: cmk@slksf.com |
| 21 | **SPIEGEL, LIAO & KAGAY** |
|  | 388 Market Street, Suite 900 |
| 22 | San Francisco, CA 94111 |
|  | Telephone: (415) 956 5959 |
| 23 | Facsimile: (415) 362 1431 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Tucker Ronzetti, *Pro Hac Vice*
Email: tr@kttlaw.com
Adam Moskowitz, *Pro Hac Vice*
Email: amm@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON**
2800 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131 2335
Telephone: (305) 372 1800
Facsimile: (305) 372 3508

Paul E. Slater, *Pro Hac Vice*
Email: pes@sperling-law.com
**SPERLING & SLATER**
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: (312) 641 3200
Facsimile: (312) 641 6492

*Additional Plaintiffs Counsel*

    Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Eric Cramer.