Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:   312-558-5600
Facsimile:    312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone:   202-282-5000
Facsimile:    202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES,<br><br>   Defendant.<br><br>[caption continues next page] | **Case No. CV 07-5985 CW**<br><br>*Related Per October 31, 2007 Order to Case No. CV 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' MOTION FOR ENLARGEMENT OF TIME TO OPPOSED MOTION FOR CLASS CERTIFICATION**<br><br>Date:         August 7, 2008<br>Time:        2:00 p.m.<br>Courtroom: 2 (4th Floor)<br>Judge:       Hon. Claudia Wilken |

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>           Plaintiffs,<br><br>   vs.<br><br>ABBOTT LABORATORIES,<br><br>           Defendant. | **Case No. CV 07-6010 CW**<br><br>*Related Per October 31, 2007 Order to Case No. CV 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' MOTION FOR ENLARGEMENT OF TIME TO OPPOSED MOTION FOR CLASS CERTIFICATION**<br><br>Date:      August 7, 2008<br>Time:     2:00 p.m.<br>Courtroom:  2 (4th Floor)<br>Judge:    Hon. Claudia Wilken |
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>           Plaintiffs,<br><br>   vs.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | **Case No. CV 07-6118 CW**<br><br>*Related Per October 31, 2007 Order to Case No. CV 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' MOTION FOR ENLARGEMENT OF TIME TO OPPOSED MOTION FOR CLASS CERTIFICATION**<br><br>Date:      August 7, 2008<br>Time:     2:00 p.m.<br>Courtroom:  2 (4th Floor)<br>Judge:    Hon. Claudia Wilken |

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Having reviewed Abbott Laboratories' Motion for Enlargement of Time to Oppose Plaintiffs' Motion for Class Certification, the Court rules as follows:

IT IS HEREBY ORDERED:

Defendant Abbott's Motion for Enlargement of Time is GRANTED. Abbott is granted an enlargement of time to file its opposition to Plaintiffs' Motion for Class Certification until after this Court rules on Abbott's pending Motion to Compel discovery from Plaintiffs as follows:

1. Should this Court grant Abbott's Motion to Compel, the parties are to meet and confer regarding a reasonable time for collection, production, and review of the requested discovery and shall attempt to agree on a continued briefing and hearing schedule. Absent agreement, the parties shall present their respective proposals to the Court.

2. Should this Court deny Abbott's Motion to Compel, Abbott shall file its opposition to Plaintiffs' Motion for Class Certification within seven calendar days of entry of the order denying Abbott's Motion to Compel.

DATED: _____        _____
                                    Hon. Claudia Wilken
                                    United States District Court,
                                    Northern District of California

1

[PROPOSED] ORDER GRANTING ABBOTT LABORATORIES' MOTION FOR ENLARGEMENT OF TIME
CASE NOS. 07-5985, 07-6010, 07-6018