# EXHIBIT A

1  Joseph R. Saveri (SBN 130064)
   *jsaveri@lchb.com*
2  Brendan Glackin (SBN 199643)
   *bglackin@lchb.com*
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
4  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
5  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
6
7  *Attorneys for Plaintiffs*

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                           (OAKLAND DIVISION)
12

13

| | |
|---|---|
| 14  MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | Case No. C 07-5985 CW |
| 15 | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE** |
| 16          Plaintiffs, | |
| 17      v. | |
| 18  ABBOTT LABORATORIES, | |
| 19          Defendant. | |
| 20  ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6010 CW |
| 21 | **Hon. Claudia Wilken** |
| 22          Plaintiff, | |
| 23      v. | |
| 24  ABBOTT LABORATORIES, | |
| 25          Defendant. | |
| 26 | |
| 27  --[*caption continues next page*]-- | |
| 28 | |

767195.1                          -1-                    [PROPOSED] ORDER GRANTING
                                                          MOTION TO STRIKE
                                                          CASE NOS. C 07-5985 CW; C 07-6010 CW; C 07-6118 CW

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C 07-6118 CW<br><br>**Hon. Claudia Wilken** |

Upon consideration of Plaintiffs' Motion to Strike, or in the Alternative to File Supplemental Memorandum in Further Opposition to Defendant Abbott Laboratories' Motion to Compel Production of Documents and Interrogatory Responses filed by Plaintiffs Meijer, Inc., Meijer Distribution, Inc.; Rochester Drug Co-Operative, Inc., and Louisiana Wholesale Drug Co., Inc., it is hereby ORDERED that the motion is GRANTED. Defendant Abbott Laboratories' reply brief, filed May 30, 2008, and any papers submitted in support thereof, are stricken from the record.

DATED: _____        _____
                                      THE HONORABLE CLAUDIA WILKEN