**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC.,<br><br>       Plaintiffs,<br><br>   v.<br><br>ABBOTT LABORATORIES,<br><br>       Defendant. | No. C 07-5985 CW<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL (DOCKET NO. 61) |
| ROCHESTER DRUG COOPERATIVE, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>ABBOTT LABORATORIES,<br><br>       Defendant. | No. C 07-6010 CW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL (DOCKET NO. 51) |
| LOUISIANA WHOLESALE DRUG COMPANY, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>ABBOTT LABORATORIES,<br><br>       Defendant. | No. C 07-6118 CW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL (DOCKET NO. 69) |

   Plaintiffs in the above-captioned cases have moved for leave to file under seal portions of their brief in support of their

1 motion for class certification, as well as the entire supporting
2 declaration of Hal Singer, Ph.D. These documents contain
3 information that Defendant has designated as confidential.
4 Defendant has filed a declaration in support of Plaintiffs'
5 request.

6 Because the public interest favors filing all court documents
7 in the public record, any party seeking to file a document under
8 seal must demonstrate good cause to do so.[1] This cannot be
9 established simply by showing that the document is subject to a
10 protective order, but rather must be supported by a sworn
11 declaration demonstrating with particularity the need to file each
12 document under seal. See Local Rule 79-5(a). If good cause exists
13 only to file portions of a particular document under seal, a
14 redacted version of the document must be filed in the public
15 record. Local Rule 79-5(c).

16 Defendant has submitted a redacted version of the Singer
17 declaration, stating that it does not oppose the public filing of
18 the information it has left unredacted. The redacted information,
19 along with the redacted portions of Plaintiffs' brief, contain
20 sensitive information concerning Defendant's pricing decisions.
21 The Court finds that good cause exists to file the redacted
22 portions of the documents under seal.[2]

23 Accordingly, Plaintiffs' motions for leave to file under seal

---

[1] A "compelling interest" standard applies to documents filed in support of or opposition to a dispositive motion. Pintos v. Pac. Creditors Ass'n, 504 F.3d 792, 801-03 (9th Cir. 2007).

[2] This finding does not establish that the information will necessarily be sealable in connection with future filings.

United States District Court
For the Northern District of California

are GRANTED.  The clerk shall file the unredacted brief and declaration under seal.  Plaintiffs shall file the redacted version of the declaration via ECF using a title substantially similar to, "Class Certification Declaration of Hal Singer, Ph.D. (Redacted)."

IT IS SO ORDERED.

Dated: 6/12/08

CLAUDIA WILKEN
United States District Judge