1 | Joseph R. Saveri (SBN 130064)
*jsaveri@lchb.com*
2 | Eric B. Fastiff (SBN 182260)
*efastiff@lchb.com*
3 | Brendan Glackin (SBN 199643)
*bglackin@lchb.com*
4 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
5 | 275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
6 | Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
7 |
8 | *Attorneys for Plaintiffs*
9 | [Additional Counsel Listed on Signature Page]

10 | UNITED STATES DISTRICT COURT
11 | NORTHERN DISTRICT OF CALIFORNIA
12 | (OAKLAND DIVISION)
13 |

| 14 | MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | Case No. C 07-5985 CW |
|---|---|---|
| 15 | | **PRETRIAL ORDER NO. 1 REGARDING CONSOLIDATION AND MANAGEMENT** |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | ABBOTT LABORATORIES, | |
| 19 | Defendant. | |
| 20 | | |
| 21 | ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, | Case No. C 07-6010 CW |
| 22 | | **Hon. Claudia Wilken** |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | ABBOTT LABORATORIES, | |
| 26 | Defendant. | |
| 27 | --[*caption continues on next page*]— | |
| 28 | | |

1

2  LOUISIANA WHOLESALE DRUG                    Case No. C 07-6118 CW
   COMPANY, INC., on behalf of itself and all
3  others similarly situated,                  **Hon. Claudia Wilken**

4                  Plaintiff,

   v.
5
   ABBOTT LABORATORIES,
6
                   Defendant.
7

8          WHEREAS, Plaintiffs Rochester Drug Co-operative, Inc., Meijer, Inc., Meijer,

9  Distribution, Inc., and Louisiana Wholesale Drug Co., Inc. ("Plaintiffs") have filed complaints

10 (the "Direct Purchaser Class Complaints") in the above-referenced actions for alleged violations

11 of the antitrust laws involving the brand name prescription drugs Norvir and Kaletra, pursuant to

12 Section 2 of the Sherman Act, 15 U.S.C. § 2;

13         WHEREAS, Plaintiffs seek to proceed on behalf of a proposed class of direct

14 purchasers of Norvir and/or Kaletra from defendant Abbott Laboratories ("Abbott"); and,

15         WHEREAS, consolidation of the Direct Purchaser Class Complaints and  any

16 other future like actions will avoid unnecessary costs and promote the efficient conduct of

17 proceedings herein;

18         WHEREAS, Plaintiffs request entry of this Order, and Abbott does not oppose its

19 entry;

20         NOW, THEREFORE, THE COURT ORDERS:

21 I.      **CONSOLIDATION**

22         1.      This Order shall govern and control the procedure for the litigation of each

23 of the above-listed class actions, and all "tag along" class action cases—cases which assert or

24 purport to assert class action claims arising from or relating to the operative facts and allegations

25 contained in the Direct Purchaser Class Complaints—that are subsequently filed in or transferred

26 to this Court (collectively, the "Consolidated Direct Purchaser Class Action").  All such actions

27 are hereby consolidated for all purposes until further order, pursuant to Fed. R. Civ. P. 42(a).

28

2.     The existing Consolidated Amended Complaint filed in *Meijer, Inc. & Meijer Distribution, Inc. v. Abbott Laboratories, Inc.*, No. C 07-5985 CW (N.D. Cal.), shall operate as the operative Consolidated Complaint.  All papers hereafter filed in the Consolidated Direct Purchaser Class Action shall bear the caption of the earliest-filed Direct Purchaser Complaint, *Meijer, Inc. & Meijer Distribution, Inc. v. Abbott Laboratories, Inc.*, No. C 07-5985 CW (N.D. Cal.).  The complaints in Civil Action Nos. 07-6010 & 07-6118 are dismissed without prejudice.

3.     Defendant Abbott Laboratories has already answered the Consolidated Amended Complaint in the *Meijer* action.

4.     The terms of this Order shall not have the effect of making any person, firm, or corporation a party to any action in which he, she or it has not been properly named, served, or joined, in accordance with the Federal Rules of Civil Procedure.  The terms of this Order and the consolidation ordered herein, and Abbott's agreement not to oppose the entry of this Order, shall not constitute a waiver by any party of any claims in or defenses to any of the actions, including defenses based on personal jurisdiction.

5.     When an action that properly belongs as part of the Consolidated Direct Purchaser Class Action (pursuant to paragraph I.1 of this Order) is hereinafter filed in this Court or transferred to this Court, Plaintiffs' Co-Lead Counsel (*see* paragraph II.1 of this Order) shall serve a file-endorsed copy of this Order upon attorneys for plaintiff(s) in the newly-filed or transferred action, and upon the attorneys for any new defendant(s) in the newly-filed or transferred cases, and file such notice and proof of service with this Court.  Objections to consolidation or application of the other terms of this Order to such cases shall be promptly filed, with a copy served on counsel for Plaintiffs.

## II.     ORGANIZATION OF COUNSEL

1.     The Court designates the following to act as Co-Lead Counsel on behalf of all plaintiffs in the Consolidated Direct Purchaser Class Action, with the responsibilities hereinafter described:

1

KAPLAN FOX & KILSHEIMER, LLP
Robert N. Kaplan
2     Linda P. Nussbaum
John D. Radice
3     805 Third Avenue
New York, NY 10022
4     Tel: 212.687.1980
Fax: 212.687.7714
5

BERGER & MONTAGUE, P.C.
6     Eric L. Cramer
Daniel C. Simons
7     1622 Locust Street
Philadelphia, PA 19103
8     Tel: (215) 875-3000
Fax: (215) 875-4604
9

GARWIN GERSTEIN & FISHER, LLP
10    Bruce E. Gerstein
Noah Silverman
11    1501 Broadway
New York, NY 10036
12    Tel: (212) 398-0055
Fax: (212) 764-6620
13

14          2.     Co-Lead Counsel, working together in a coordinated fashion, shall have

15   sole authority over the following matters on behalf of all plaintiffs in the Consolidated Direct

16   Purchaser Action: (a) convening meetings of plaintiffs' counsel; (b) initiation, response,

17   scheduling, briefing, and argument of all motions; (c) the scope, order, and conduct of all

18   discovery proceedings; (d) making such work assignments among themselves and other counsel

19   as they may deem appropriate; (e) collecting time and expense reports from all plaintiffs' counsel

20   on a periodic basis; (f) the retention of experts; (g) designation of which attorneys shall appear at

21   hearings and conferences with the Court; (h) the timing and substance of any settlement

22   negotiations with defendant(s); (i) the allocation of fees, if any are awarded by the Court; and

23   (j) other matters concerning the prosecution of the Consolidated Direct Purchaser Action.

24          3.     In addition to Co-Lead Counsel, the Court designates the following to

25   serve on an Executive Committee, comprised of themselves and Co-Lead Counsel with the

26   responsibilities hereinafter described:

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ODOM & DES ROCHES, LLP
John Gregory Odom
Stuart E. Des Roches
John Alden Meade
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078

THE SMITH FOOTE LAW FIRM, LLP
David P. Smith
W. Ross Foote
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Tel: (318) 445-4480
Fax: (318) 487-1741

      4.      The Executive Committee shall perform the functions of the litigation as directed by Co-Lead Counsel.

      5.      The Court designates the following firms to act as Other Class Counsel, which shall perform the functions of the litigation as directed by the Co-Lead Counsel and/or the Executive Committee:

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Joseph R. Saveri
Eric B. Fastiff
Brendan Glackin
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:     (415) 956-1000
Facsimile:     (415) 956-1008

SPIEGEL, LIAO & KAGAY
Charles M. Kagay
Wayne M. Liao
388 Market Street, Suite 900
San Francisco, California 94111
Telephone:     (415) 956-5959
Facsimile:     (415) 962-1431

1                         KOZYAK TROPIN & THROCKMORTON
                          Tucker Ronzetti
2                         Adam Moskowitz
                         2800 Wachovia Financial Center
3                        200 South Biscayne Boulevard
                        Miami, Florida 33131-2335
4                       Telephone: (305) 372-1800
                        Telecopier: (305) 372-3508

5

6                        AUBERTINE DRAPER ROSE, LLP
                        Andrew E. Aubertine
7                       1211 SW Sixth Avenue
                        Portland, Oregon 97204
8                       Telephone:   (503) 221-4570
                        Facsimile:   (503) 221-4590

9                        LAW OFFICES OF JOSHUA P. DAVIS
                        Joshua P. Davis
10                      437A Valley Street
                       San Francisco, CA 94131
11                      Telephone:   (415) 422-6223

12                      VANEK, VICKERS & MASINI, P.C.
                        Joseph M. Vanek
13                      David P. Germaine
                       111 S. Wacker Drive, Suite 4050
14                      Chicago, IL 60606
                       Telephone:   (312) 224-1500
15                      Facsimile:   (312) 224-1510

16                      SPERLING & SLATER
                        Paul E. Slater
17                      55 West Monroe Street, Suite 3200
                       Chicago, Illinois 60603
18                      Telephone:   (312) 641-3200
                       Facsimile:   (312) 641-6492

19

20         6.      No motion or other pleadings shall be initiated or filed on behalf of any

21 Plaintiffs in the Consolidated Direct Purchaser Action except through Co-Lead Counsel or their

22 designees.

23         7.      Time Records: All Plaintiffs' counsel in the Consolidated Direct Purchaser

24 Action shall keep contemporaneous time records and shall periodically submit summaries or

25 other records and expenses to Co-Lead Counsel or their designees.

26         SO ORDERED, this 18th day of June, 2008.

27

28                                United States District Judge