United States District Court
For the Northern District of California

```
                     IN THE UNITED STATES DISTRICT COURT

                   FOR THE NORTHERN DISTRICT OF CALIFORNIA


In Re                                         No. C 04-01511 CW

ABBOTT LABORATORIES ANTITRUST
LITIGATION
_____

SAFEWAY, INC., et al.                         No. C 07-05470 CW

      v.

ABBOT LABORATORIES
_____

SMITHKLINE BEECHAM CORPORATION,               No. C 07-05702 CW

      v.

ABBOTT LABORATORIES

_____

MEIJER INC., et al.,                          No. C 07-05985 CW

      v.

ABBOTT LABORATORIES
_____

ROCHESTER DRUG CO-OPERATIVE, INC.,            No. C 07-06010 CW

      v.

ABBOTT LABORATORIES
_____

LOUISIANA WHOLESALE DRUG CO., INC.            No. C 07-06118 CW

      v.

ABBOTT LABORATORIES
_____

RITE AIDE CORP., et al.,                      No. C 07-06120 CW

      v.                                      CLERK'S NOTICE RE
                                              FILING OF TENTATIVE
ABBOTT LABORATORIES                           RULING IN RELATED
                                              CASE
_____/
```

1    Notice is hereby given that the attached Tentative Order
2 Certifying Issues and Granting Leave to Seek Appeal was
3 electronically filed today in related case C-04-1511 CW, <u>In Re</u>
4 <u>Abbott Laboratories Norvir Anti-Trust Litigation</u>.

6 DATED:8/19/08

7 _____
   SHEILAH CAHILL
8  Deputy Clerk

2